1  DARON L. TOOCH (State Bar No. 137269)
   AMANDA L. HAYES-KIBREAB (State Bar No. 224403)
2  PETER J. BRACHMAN (State Bar No. 248805)
   **HOOPER, LUNDY & BOOKMAN, P.C.**
3  1875 Century Park East, Suite 1600
   Los Angeles, California  90067-2517
4  Telephone: (310) 551-8111
   Facsimile: (310) 551-8181
5  E-Mail:  dtooch@health-law.com

6  Attorneys for Plaintiff Pomona Valley
   Hospital Medical Center

7

8              **UNITED STATES DISTRICT COURT**

9        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10                              CV12-07008MMM(PZx)

11  POMONA VALLEY HOSPITAL          CASE NO.
    MEDICAL CENTER,
12                                  **COMPLAINT FOR:**
                Plaintiff,
13                                  **VIOLATIONS OF ERISA**
         vs.                        **(29 U.S.C. § 1132(a)(1)(B))**
14
    BLUE CROSS OF CALIFORNIA        **VIOLATIONS OF ERISA**
15  DBA ANTHEM BLUE CROSS;          **(29 U.S.C. § 1132(a)(1)(B))**
    ANTHEM BLUE CROSS LIFE AND
16  HEALTH INSURANCE COMPANY;       **VIOLATIONS OF ERISA**
    BLUE CROSS AND BLUE SHIELD      **(29 U.S.C. § 1132(a)(3))**
17  OF ALABAMA; BLUE CROSS AND
    BLUE SHIELD OF ARIZONA, INC.;   **BREACH OF CONTRACT –**
18  ROCKY MOUNTAIN HOSPITAL         **PROVIDER AGREEMENT**
    AND MEDICAL SERVICE, INC.;
19  ANTHEM HEALTH PLANS, INC.       **BREACH OF IMPLIED-IN-**
    DBA BLUE CROSS AND BLUE         **LAW CONTRACT –**
20  SHIELD OF CONNECTICUT; BLUE     **EMERGENCY CLAIMS**
    CROSS AND BLUE SHIELD OF
21  FLORIDA, INC.; BLUE CROSS AND   **BREACH OF IMPLIED-IN-**
    BLUE SHIELD OF GEORGIA, INC.;   **FACT CONTRACT – POST-**
22  INDEPENDENCE BLUE CROSS;        **STABILIZATION CLAIMS**
    BLUE CROSS AND BLUE SHIELD
23  OF KANSAS CITY; ANTHEM          **VIOLATIONS OF BUSINESS**
    HEALTH PLANS OF KENTUCKY,       **AND PROFESSIONS CODE**
24  INC., DBA ANTHEM BLUE CROSS     **17200 – PAYING PATIENTS**
    AND BLUE SHIELD; LOUISIANA
25  HEALTH SERVICE & INDEMNITY      **DECLARATORY RELIEF**
    COMPANY DBA BLUE CROSS
26  BLUE SHIELD OF LOUISIANA;

27

28

                         COMPLAINT

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

1   BLUE CROSS AND BLUE SHIELD
2   OF MASSACHUSETTS, INC.; BLUE
    CROSS BLUE SHIELD OF
3   MICHIGAN; BCBSM, INC. DBA
    BLUE CROSS AND BLUE SHIELD
4   OF MINNESOTA; EMPIRE
    HEALTHCHOICE ASSURANCE,
5   INC., DBA EMPIRE BLUECROSS
    BLUESHIELD; EXCELLUS HEALTH
6   PLAN, INC. DBA EXCELLUS
7   BLUECROSS BLUESHIELD; BLUE
    CROSS AND BLUE SHIELD OF
8   NORTH CAROLINA; BLUE  CROSS
    AND BLUE SHIELD OF SOUTH
9   CAROLINA; HEALTHCARE
    SERVICE CORPORATION, DBA
10  BLUECROSS BLUESHIELD OF
    ILLINOIS AND BLUECROSS BLUE
11  SHIELD OF TEXAS; ANTHEM
    HEALTH PLANS OF VIRGINIA,
12  INC. DBA ANTHEM BLUE CROSS
    AND BLUE SHIELD OF VIRGINIA;
13  BLUECROSS BLUESHIELD OF
    TENNESSEE, INC.; WELLPOINT,
14  INC. DBA BLUE CROSS BLUE
    SHIELD OF WISCONSIN;
15  CAREFIRST OF MARYLAND, INC.;
16  HAWAII MEDICAL SERVICE
    ASSOCIATION; HIGHMARK INC.
17  DBA HIGHMARK BLUE CROSS
    BLUE SHIELD; REGENCE
18  BLUECROSS BLUE SHIELD OF
    UTAH; REGENCE BLUESHIELD;
19  PREMERA BLUE CROSS;
20  EMPLOYEES' GROUP BENEFITS
    PLAN OF ALCOA, INC; ALCOA,
21  INC.; THE GROUP LIFE AND
    HEALTH BENEFITS PLAN FOR
22  EMPLOYEES OF PARTICIPATING
23  AMR CORPORATION
    SUBSIDIARIES; AMERICAN
24  AIRLINES, INC.; AMERICAN GOLF
25  CORPORATION GROUP LIFE,
    AD&D & HEALTH BENEFITS
26  PLAN; AMERICAN GOLF
27  CORPORATION; GROUP
28  INSURANCE PLAN FOR CERTAIN

**[And Demand for Jury Trial]**

Trial Date:   None Set

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

EMPLOYEES OF ANHEUSER-BUSCH COMPANIES, INC.; ANHEUSER-BUSCH COMPANIES, INC.; APPLIED INDUSTRIAL TECHNOLOGIES COMPREHENSIVE HEALTH CARE PLAN; APPLIED INDUSTRIAL TECHNOLOGIES, INC.; ARTHUR J. GALLAGHER & CO. EMPLOYEES' SELF FUNDED MEDICAL/DENTAL PLAN AND INSURED BENEFITS; ARTHUR J. GALLAGHER & CO.; ASHLAND INC. MEDICAL PLAN; ASHLAND INC.; ATRIUM COMPANIES, INC., MASTER BENEFITS PLAN; ATRIUM COMPANIES, INC.; BIG LOTS ASSOCIATE BENEFIT PLAN; BIG LOTS, INC.; THE BOEING COMPANY MASTER WELFARE PLAN; THE BOEING COMPANY; EMPLOYEE BENEFIT PLANS COMMITTEE OF THE BOEING COMPANY; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA SERVICE EMPLOYEES HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF CALIFORNIA SERVICE EMPLOYEES HEALTH AND WELFARE TRUST FUND; CALPORTLAND HEALTH AND WELFARE BENEFIT PLAN; CALPORTLAND COMPANY; CINTAS CORPORATION WELFARE PLAN; CINTAS CORPORATION; COCA-COLA COMPANY REFRESHMENTS PERSONAL CHOICE FLEXIBLE BENEFITS PLAN – MEDICAL AND PRESCRIPTION DRUG PLAN; COCA-COLA REFRESHMENTS USA, INC.; THE COCA-COLA COMPANY BENEFITS

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  COMMITTEE; CONMED
2  CORPORATION HEALTHCARE
   PLAN; CONMED CORPORATION;
3  CRAWFORD & COMPANY
   EMPLOYEE MEDICAL BENEFIT
4  PLAN; CRAWFORD & COMPANY;
   DEAN FOODS FLEX SELECT
5  BENEFIT PLAN; DEAN FOODS
   COMPANY; DIRECTV WELFARE
6  BENEFIT PLAN; THE DIRECTV
7  GROUP, INC.; DOREL JUVENILE
   GROUP INC. WELFARE BENEFIT
8  PLAN; DOREL JUVENILE GROUP,
   INC.; EMERSON ELECTRIC
9  COMPANY SELF FUNDED
   MEDICAL PLAN; EMERSON
10 ELECTRIC COMPANY; FEDEX
11 GROUND PACKAGE SYSTEM INC.
   MEDICAL, DENTAL AND VISION
12 CARE PLAN FOR PACKAGE
   HANDLERS; FEDEX GROUND
13 PACKAGE SYSTEM, INC.;
14 FLOWSERVE CORPORATION FLEX
   HEALTH & WELFARE BENEFITS
15 PLAN; FLOWSERVE
   CORPORATION; GENCO
16 DISTRIBUTION SYSTEM, INC.
   TEAMMATE BENEFIT PLAN;
17 GENCO DISTRIBUTION SYSTEM,
18 INC.; THE HAYWARD
   INDUSTRIES, INC. MEDICAL
19 PLAN; AIMEE LINK; HAYWARD
   INDUSTRIES, INC.; HDR GROUP
20 INSURANCE PLAN; HDR, INC.;
21 INVENSYS GROUP BENEFITS
   PLAN; INVENSYS, INC.;
22 ADMINISTRATIVE COMMITTEE
   OF INVENSYS, INC.; IDB
23 HOLDINGS, INC. WELFARE
24 BENEFIT PLAN; IDB HOLDINGS,
   INC.; JACKSON AND TULL
25 EMPLOYEE BENEFIT PLAN;
   JACKSON AND TULL CHARTERED
26 ENGINEERS; JENSEN PRECAST
   EMPLOYEE BENEFIT PLAN;
27 JENSEN ENTERPRISES, INC.; THE
28 JPMORGAN CHASE MEDICAL

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  PLAN; JPMORGAN CHASE & CO.;
2  JPMORGAN CHASE U.S. BENEFITS
   EXECUTIVE;
3  KIMBERLY-CLARK
   CORPORATION HEALTH AND
4  WELFARE BENEFIT PLAN;
   KIMBERLY-CLARK
5  CORPORATION; KOHL'S GROUP
   HEALTH PLAN; KOHL'S
6  DEPARTMENT STORES, INC.; THE
   KROGER COMPANY HEALTH AND
7  WELFARE BENEFIT PLAN; THE
8  KROGER CO.; LABORERS HEALTH
   AND WELFARE TRUST FUND FOR
9  SOUTHERN CALIFORNIA; BOARD
   OF TRUSTEES, LABORERS
10 HEALTH AND WELFARE TRUST
   FUND FOR SOUTHERN
11 CALIFORNIA; LEGGETT & PLATT,
12 INCORPORATED EMPLOYEE
   BENEFIT FUND; LEGGETT &
13 PLATT, INCORPORATED;
   LUXOTTICA GROUP BENEFIT
14 PLAN; LUXOTTICA RETAIL
15 NORTH AMERICA INC.; ERISA
   PLANS COMPLIANCE AND
16 INVESTMENT COMMITTEE,
   LUXOTTICA RETAIL NORTH
17 AMERICA INC.; LINE
18 CONSTRUCTION BENEFIT FUND
   PLAN OF BENEFITS; BOARD OF
19 TRUSTEES OF LINE
   CONSTRUCTION BENEFIT FUND;
20 EMPLOYEE BENEFIT PLAN OF
21 MASCO CORPORATION; MASCO
   CORPORATION; MCLANE
22 COMPANY WELFARE PLAN;
   MCLANE COMPANY, INC.;
23 MEDTRONIC, INC. GROUP
24 INSURANCE PLAN; MEDTRONIC,
   INC.; MSC INDUSTRIAL DIRECT
25 CO., INC.; SID TOOL CO., INC.
   BENEFIT PLAN; NATIONAL
26 ELEVATOR INDUSTRY HEALTH
   BENEFIT PLAN; NATIONAL
27 ELEVATOR INDUSTRY HEALTH
28 BENEFIT PLAN BOARD OF

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  TRUSTEES; NESTLE HEALTH AND
WELFARE PLAN; NESTLE USA,
2  INC.; NORTHROP GRUMMAN
HEALTH PLAN; NORTHROP
3  GRUMMAN CORPORATION;
EMPLOYEE WELFARE BENEFITS
4  COMMITTEE, NORTHROP
GRUMMAN CORPORATION;
5  OLDCASTLE, INC. HEALTH AND
WELFARE; OLDCASTLE, INC.;
6  OPERATING ENGINEERS HEALTH
AND WELFARE FUND; JOINT
7  BOARD OF TRUSTEES OF
OPERATING ENGINEERS HEALTH
8  AND WELFARE FUND;
OPERATING ENGINEERS LOCAL
9  501 SECURITY FUND;
MANAGEMENT APPLIED
10  PROGRAMMING, INC.; OWENS-
ILLINOIS HOURLY EMPLOYEES
11  WELFARE BENEFIT PLAN;
OWENS-ILLINOIS, INC.; OWENS-
12  ILLINOIS EMPLOYEE BENEFITS
COMMITTEE; PACTIV
13  CORPORATION MASTER HEALTH
& WELFARE PLAN; PACTIV
14  CORPORATION; PANERA, LLC
WELFARE BENEFIT PLAN;
15  PANERA, LLC; PEPSICO
EMPLOYEE HEALTH CARE
16  PROGRAM; PEPSICO, INC.;
PEPSICO ADMINISTRATION
17  COMMITTEE; PGFC, INC.
EMPLOYEE BENEFITS PLAN;
18  PFGC, INC.; PIER 1 IMPORTS, INC.
MEDICAL PLAN; PIER 1 IMPORTS,
19  INC.; PORSCHE BUSINESS
SERVICES, INC. COMPREHENSIVE
20  WELFARE BENEFIT PLAN;
PORSCHE BUSINESS SERVICES,
21  INC.; PRIME HEALTHCARE
SERVICES, INC. WELFARE
22  BENEFITS PLAN; PRIME
HEALTHCARE SERVICES, INC.;
23  PROSPECT MORTGAGE, LLC
COMPREHENSIVE HEALTH &
WELFARE BENEFIT PLAN;

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  PROSPECT MORTGAGE, LLC;
2  RENT-A-CENTER, INC. EMPLOYEE
   WELFARE BENEFITS PLAN; RENT-
3  A-CENTER, INC.; ROBINSON
   HELICOPTER COMPANY HEALTH
4  PLAN; ROBINSON HELICOPTER
   COMPANY, INC.; ROSS STORES
5  BENEFIT PROGRAM; ROSS
   STORES, INC.; SKECHERS
6  WELFARE BENEFIT TRUST;
7  SKECHERS USA, INC.; SONOCO
   HEALTH AND GROUP BENEFITS
8  PLAN; SONOCO PRODUCTS
   COMPANY; SOUTHERN
9  CALIFORNIA DRUG BENEFIT
10 FUND; BOARD OF TRUSTEES,
   SOUTHERN CALIFORNIA DRUG
11 BENEFIT FUND; SOUTHERN
   CALIFORNIA LUMBER INDUSTRY
12 WELFARE FUND; BOARD OF
   TRUSTEES, SOUTHERN
13 CALIFORNIA LUMBER INDUSTRY
   WELFARE FUND; SOUTHERN
14 CALIFORNIA PAINTING &
15 DRYWALL INDUSTRIES HEALTH
   AND WELFARE TRUST FUND;
16 BOARD OF TRUSTEES, SOUTHERN
   CALIFORNIA PAINTING &
17 DRYWALL INDUSTRIES HEALTH
   AND WELFARE TRUST FUND;
18 SOUTHWEST CARPENTERS
19 HEALTH AND WELFARE TRUST
   BOARD OF TRUSTEES;
20 SOUTHWEST CARPENTERS
   HEALTH AND WELFARE PLAN
21 FOR ACTIVE CARPENTERS; THE
22 STATE FARM INSURANCE
   COMPANIES GROUP HEALTH AND
23 WELFARE PLAN FOR UNITED
   STATES EMPLOYEES;
24 STATE FARM MUTUAL
   AUTOMOBILE INSURANCE
25 COMPANY; STATE FARM
26 WELFARE BENEFIT
   ADMINISTRATIVE COMMITTEE;
27 STEPAN COMPANY EMPLOYEE
   WELFARE BENEFIT PLAN;
28

COMPLAINT

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

STEPAN COMPANY; TARKETT ENTERPRISES INC. EMPLOYEE BENEFIT PLAN; TARKETT ENTERPRISES INC.; TEAMSTERS AND FOOD EMPLOYERS SECURITY TRUST FUND; SOUTHWEST ADMINISTRATORS, INC.; TEMPLE-INLAND HEALTH & WELFARE BENEFITS WRAP PLAN; TIN INC. DBA TEMPLE-INLAND; TEMPLE-INLAND BENEFITS ADMINISTRATION COMMITTEE; TIME WARNER GROUP HEALTH PLAN; TIME WARNER INC.; ADMINISTRATIVE COMMITTEE OF THE PLAN, TIME WARNER GROUP HEALTH PLAN; TRAVELERS TRUSTEED EMPLOYEE BENEFIT PLAN; THE TRAVELERS COMPANIES, INC.; TREEHOUSE FOODS, INC. HEALTH AND WELFARE BENEFITS PLAN; TREEHOUSE FOODS, INC.; TRI-WEST, LTD. EMPLOYEE HEALTH BENEFIT PLAN; TRI-WEST, LTD.; TYCO INTERNATIONAL HEALTH AND WELFARE BENEFITS PLAN; TYCO INTERNATIONAL MANAGEMENT COMPANY, LLC; TYSON FOODS, INC. GROUP HEALTH PLAN; TYSON FOODS, INC.; SOUTHERN CALIFORNIA UNITED FOOD & COMMERCIAL WORKERS UNIONS AND FOOD EMPLOYERS BENEFIT FUND; SOUTHERN CALIFORNIA UNITED FOOD & COMMERCIAL WORKERS UNIONS AND FOOD EMPLOYERS JOINT BENEFIT FUNDS ADMINISTRATION, LLC; UNIFIED GROCERS, INC. GROUP WELFARE PLAN; UNIFIED GROCERS, INC.; UNITED AIR LINES EMPLOYEE WELFARE BENEFIT PLAN; UNITED AIR LINES, INC.; UNITED AIR LINES, INC. RETIREMENT AND WELFARE

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  ADMINISTRATION COMMITTEE;
   UNITED NATURAL FOODS
2  EMPLOYEE BENEFIT PLAN;
   NATURAL FOODS, INC.; UNITED
3  TECHNOLOGIES CORPORATION
   GROUP HEALTH CARE PLAN;
4  UNITED TECHNOLOGIES
   CORPORATION; UPS HEALTH &
5  WELFARE PACKAGE SELECT;
   UNITED PARCEL SERVICE OF
6  AMERICA, INC.; U.S. BANK
   COMPREHENSIVE WELFARE
7  BENEFIT PLAN; U.S. BANCORP;
   VERIZON WIRELESS HEALTH
8  AND WELFARE BENEFITS PLAN;
   CELLCO PARTNERSHIP;
9  VERTIS HEALTH AND WELFARE
   PLAN; VERTIS, INC.; WAL-MART
10 STORES, INC. ASSOCIATES
   HEALTH & WELFARE PLAN;
11 WAL-MART STORES, INC.;
   ADMINISTRATIVE COMMITTEE,
12 WAL-MART STORES, INC.
   ASSOCIATES HEALTH &
13 WELFARE PLAN; WERNER
   ENTERPRISES, INC. GROUP
14 INSURANCE PLAN; WERNER
   ENTERPRISES, INC.; WESTERN
15 GROWERS ASSURANCE TRUST;
   TRUSTEES OF THE WESTERN
16 GROWERS ASSURANCE TRUST;
   WESTERN TEAMSTERS WELFARE
17 TRUST; BOARD OF TRUSTEES,
   WESTERN TEAMSTERS WELFARE
18 TRUST; WINCO FOODS, INC.,
   MEDICAL REIMBURSEMENT
19 PLAN; WINCO HOLDINGS, INC.;
   XEROX MEDICAL CARE PLAN;
20 XEROX CORPORATION; and
   DOES 1 through 10, inclusive.
21
22
23
24         Defendants.
25
26
27
28

Plaintiff Pomona Valley Hospital Medical Center ("Pomona Valley Hospital") alleges against defendants as follows:

## I.

## JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, because the action arises under the laws of the United States; pursuant to 29 U.S.C. § 1332, because the action seeks to enforce rights under the Employee Retirement Income Security Act of 1974 ("ERISA"); and pursuant to 28 U.S.C. § 1367, because the state law claims are so related to the federal claims that they form part of the same case or controversy.

2.    This Court is the proper venue for this action pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims alleged herein occurred in this Judicial District, and because one or more of the Defendants conducts a substantial amount of business in this Judicial District.

## II.

## THE PARTIES

3.    Pomona Valley Hospital is an extremely well-respected hospital that provides the highest quality of healthcare services to its patients, including Defendants' members. Pomona Valley Hospital has been ranked by CareChex Medical Quality Rating System as providing the best overall medical care of any hospital in California, and the third best in providing overall hospital care. Pomona Valley Hospital ranks among the top hospitals in the United States for many services, including women's health, maternity care, treatment of strokes, spine surgery, emergency medicine, coronary bypass surgery, treatment of sepsis, and treatment of pneumonia. Its physicians, nurses and other clinical staff are highly qualified and trained. Pomona Valley Hospital is, and at all relevant times was, a California corporation organized and existing under the laws of California, with its principal place of business in Pomona, California. Pomona Valley Hospital is, and

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1    at all relevant times was, a hospital and healthcare provider licensed and in good

2    standing under the laws of California.

3    **Blue Cross Defendants**

4    4.     Pomona Valley Hospital is informed and believes that Defendant Blue

5    Cross of California ("BCC") is a corporation duly organized and existing under the

6    laws of the State of California and is authorized to transact, and is in fact

7    transacting, the business of insurance in California. Pomona Valley Hospital also is

8    informed and believes that BCC does business as Anthem Blue Cross. Pomona

9    Valley Hospital is informed and believes that BCC's principal place of business is in

10    Thousand Oaks, California.

11    5.     Pomona Valley Hospital is informed and believes that Defendant

12    Anthem Blue Cross Life and Health Insurance Company ("BC Life") is a

13    corporation duly organized and existing under the laws of the State of California and

14    is authorized to transact, and is in fact transacting, the business of insurance in

15    California. Pomona Valley Hospital is informed and believes that BC Life's

16    principal place of business is in Thousand Oaks, California.

17    6.     BCC and BC Life may hereinafter be referred to collectively as "Blue

18    Cross."

19    **Blue Card Defendants**

20    7.     Pomona Valley Hospital is informed and believes that Defendant Blue

21    Cross and Blue Shield of Alabama ("Alabama Blue Cross"), is a corporation duly

22    organized and existing under the laws of the State of Alabama, with its principal

23    place of business in Birmingham, Alabama. Pomona Valley Hospital is informed

24    and believes that Alabama Blue Cross transacts business in California, and has

25    members who received medical services at Pomona Valley Hospital in Los Angeles

26    County, California.

27    8.     Pomona Valley Hospital is informed and believes that Defendant Blue

28    Cross and Blue Shield of Arizona, Inc. ("Arizona Blue Cross"), is a corporation duly

organized and existing under the laws of the State of Arizona, with its principal place of business in Phoenix, Arizona. Pomona Valley Hospital is informed and believes that Arizona Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

9. Pomona Valley Hospital is informed and believes that Defendant Rocky Mountain Hospital and Medical Service, Inc., doing business as Anthem Blue Cross and Blue Shield ("Colorado Blue Cross"), is a corporation duly organized and existing under the laws of the State of Colorado, with its principal place of business in Denver, Colorado. Pomona Valley Hospital is informed and believes that Colorado Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

10. Pomona Valley Hospital is informed and believes that Defendant Anthem Health Plans, Inc. d/b/a Blue Cross and Blue Shield of Connecticut ("Connecticut Blue Cross") is a corporation duly organized and existing under the laws of the State of Connecticut, with its principal place of business in North Haven, Connecticut. Pomona Valley Hospital is informed and believes that Connecticut Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

11. Pomona Valley Hospital is informed and believes that Defendant Blue Cross and Blue Shield of Florida, Inc. ("Florida Blue Cross") is a corporation duly organized and existing under the laws of the State of Florida, with its principal place of business in Tallahassee, Florida. Pomona Valley Hospital is informed and believes that Florida Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

12.     Pomona Valley Hospital is informed and believes that Defendant Blue Cross and Blue Shield of Georgia, Inc. ("Georgia Blue Cross") is a corporation duly organized and existing under the laws of the State of Georgia, with its principal place of business in Atlanta, Georgia.  Pomona Valley Hospital is informed and believes that Georgia Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

13.     Pomona Valley Hospital is informed and believes that defendant Independence Blue Cross is a corporation duly organized and existing under the laws of the State of Pennsylvania, with its principal place of business in Pennsylvania.  Pomona Valley Hospital is informed and believes that Independence Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

14.     Pomona Valley Hospital is informed and believes that Defendant Blue Cross and Blue Shield of Kansas City ("Kansas City Blue Cross") is a corporation duly organized and existing under the laws of the State of Missouri, with its principal place of business in Kansas City, Missouri.  Pomona Valley Hospital is informed and believes that Kansas City Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

15.     Pomona Valley Hospital is informed and believes that Defendant Anthem Health Plans of Kentucky, Inc., doing business as Anthem Blue Cross and Blue Shield ("Kentucky Blue Cross") is a corporation duly organized and existing under the laws of the State of Kentucky, with its principal place of business in Frankfort, Kentucky.  Pomona Valley Hospital is informed and believes that Kentucky Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

16.     Pomona Valley Hospital is informed and believes that Defendant Louisiana Health Service & Indemnity Company DBA Blue Cross Blue Shield of Louisiana ("Louisiana Blue Cross") is a corporation duly organized and existing under the laws of the State of Louisiana, with its principal place of business in Baton Rouge, Louisiana. Pomona Valley Hospital is informed and believes that Louisiana Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

17.     Pomona Valley Hospital is informed and believes that Defendant Blue Cross and Blue Shield of Massachusetts, Inc. ("Massachusetts Blue Cross") is a corporation duly organized and existing under the laws of the State of Massachusetts, with its principal place of business in Boston, Massachusetts. Pomona Valley Hospital is informed and believes that Massachusetts Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

18.     Pomona Valley Hospital is informed and believes that Defendant Blue Cross Blue Shield of Michigan ("Michigan Blue Cross") is a corporation duly organized and existing under the laws of the State of Michigan, with its principal place of business in Detroit, Michigan. Pomona Valley Hospital is informed and believes that Michigan Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

19.     Pomona Valley Hospital is informed and believes that Defendant BCBSM, Inc., doing business as Blue Cross and Blue Shield of Minnesota ("Minnesota Blue Cross"), is a corporation duly organized and existing under the laws of the State of Minnesota, with its principal place of business in St. Paul, Minnesota. Pomona Valley Hospital is informed and believes that Minnesota Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

20.     Pomona Valley Hospital is informed and believes that Defendant Empire HealthChoice Assurance, Inc., doing business as Empire BlueCross BlueShield ("Empire Blue Cross") is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business in Albany, New York.  Pomona Valley Hospital is informed and believes that Empire Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

21.     Pomona Valley Hospital is informed and believes that Defendant Excellus Health Plan, Inc., doing business as Excellus BlueCross BlueShield ("Excellus Blue Cross") is a corporation duly organized and existing under the laws of the State of New York, with its principal place of business in Rochester, New York.  Pomona Valley Hospital is informed and believes that Excellus Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

22.     Pomona Valley Hospital is informed and believes that Defendant Blue Cross and Blue Shield of North Carolina ("North Carolina Blue Cross") is a corporation duly organized and existing under the laws of the State of North Carolina, with its principal place of business in Durham, North Carolina.  Pomona Valley Hospital is informed and believes that North Carolina Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

23.     Pomona Valley Hospital is informed and believes that Defendant Blue Cross and Blue Shield of South Carolina ("South Carolina Blue Cross") is a corporation duly organized and existing under the laws of the State of South Carolina, with its principal place of business in Columbia, South Carolina.  Pomona Valley Hospital is informed and believes that South Carolina Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

24.     Pomona Valley Hospital is informed and believes that defendant Healthcare Service Corporation, doing business as BlueCross BlueShield of Illinois and BlueCross Blue Shield of Texas, ("HCSC," "Illinois Blue Cross," and "Texas Blue Cross." respectively) is a corporation duly organized and existing under the laws of the State of Illinois, with its principal place of business in Chicago, Illinois. Pomona Valley Hospital is informed and believes that HCSC, including both Illinois Blue Cross and Texas Blue Cross, transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

25.     Pomona Valley Hospital is informed and believes that Defendant Anthem Health Plans of Virginia, Inc. doing business as Anthem Blue Cross and Blue Shield of Virginia ("Virginia Blue Cross") is a corporation duly organized and existing under the laws of the State of Virginia, with its principal place of business in Glen Allen, Virginia. Pomona Valley Hospital is informed and believes that Virginia Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

26.     Pomona Valley Hospital is informed and believes that Defendant BlueCross BlueShield of Tennessee, Inc. ("Tennessee Blue Cross") is a corporation duly organized and existing under the laws of the State of Tennessee, with its principal place of business in Tennessee. Pomona Valley Hospital is informed and believes that Tennessee Blue Cross transacts business in California, and has members who received medical services at Pomona Valley Hospital in Los Angeles County, California.

27.     Pomona Valley Hospital is informed and believes that Defendant Wellpoint, Inc. doing business as Blue Cross Blue Shield of Wisconsin ("Wisconsin Blue Cross") is a corporation duly organized and existing under the laws of the State of Indiana, with its principal place of business in Indianapolis, Indiana. Pomona Valley Hospital is informed and believes that Wisconsin Blue Cross transacts

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  business in California, and has members who received medical services at Pomona

2  Valley Hospital in Los Angeles County, California.

3      28.   Pomona Valley Hospital is informed and believes that CareFirst of

4  Maryland, Inc. ("Maryland Blue Cross") is a corporation duly organized and

5  existing under the laws of the State of Maryland, with its principal place of business

6  in Baltimore, Maryland.  Pomona Valley Hospital is informed and believes that

7  Maryland Blue Cross transacts business in California, and has members who

8  received medical services at Pomona Valley Hospital in Los Angeles County,

9  California.

10     29.   Pomona Valley Hospital is informed and believes that Defendant

11  Hawaii Medical Service Association ("Hawaii Blue Cross") is a corporation duly

12  organized and existing under the laws of the State of Hawaii, with its principal place

13  of business in Honolulu, Hawaii.  Pomona Valley Hospital is informed and believes

14  that Hawaii Blue Cross transacts business in California, and has members who

15  received medical services at Pomona Valley Hospital in Los Angeles County,

16  California.

17     30.   Pomona Valley Hospital is informed and believes that Defendant

18  Highmark Inc. DBA Highmark Blue Cross Blue Shield ("Highmark Blue Cross") is

19  a corporation duly organized and existing under the laws of the State of

20  Pennsylvania, with its principal place of business in Camp Hill, Pennsylvania.

21  Pomona Valley Hospital is informed and believes that Highmark Blue Cross

22  transacts business in California, and has members who received medical services at

23  Pomona Valley Hospital in Los Angeles County, California.

24     31.   Pomona Valley Hospital is informed and believes that Defendant

25  Premera Blue Cross is a corporation duly organized and existing under the laws of

26  the State of Washington, with its principal place of business in Olympia,

27  Washington.  Pomona Valley Hospital is informed and believes that Premera Blue

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  Cross transacts business in California, and has members who received medical

2  services at Pomona Valley Hospital in Los Angeles County, California.

3      32.    Pomona Valley Hospital is informed and believes that Regence

4  BlueCross Blue Shield of Utah ("Utah Blue Cross") is a corporation duly organized

5  and existing under the laws of the State of Utah, with its principal place of business

6  in Salt Lake City, Utah. Pomona Valley Hospital is informed and believes that Utah

7  Blue Cross transacts business in California, and has members who received medical

8  services at Pomona Valley Hospital in Los Angeles County, California.

9      33.    Pomona Valley Hospital is informed and believes that Regence

10  BlueShield ("Washington Blue Cross") is a corporation duly organized and existing

11  under the laws of the State of Washington, with its principal place of business in

12  Seattle, Washington. Pomona Valley Hospital is informed and believes that

13  Washington Blue Cross transacts business in California, and has members who

14  received medical services at Pomona Valley Hospital in Los Angeles County,

15  California.

16      34.    DOES 1 through 5 are healthcare insurance companies with a principal

17  place of business in a state other than California. Pomona is informed and believes

18  that DOES 1 through 5 transact business in California, and have members that

19  receive medical services in California.

20      35.    The defendants described in Paragraphs 7 through 34 are collectively

21  referred to herein as the "Blue Card Defendants."

22      **Self-Insured Defendants**

23      36.    Pomona Valley Hospital is informed and believes that Defendant

24  Employees' Group Benefits Plan of Alcoa, Inc. is an ERISA plan and a proper

25  defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

26      37.    Pomona Valley Hospital is informed and believes that Defendant

27  Alcoa, Inc. is a Pennsylvania corporation with its corporate headquarters located in

28  Pittsburgh, Pennsylvania. Pomona Valley Hospital is informed and believes that

Alcoa, Inc. is a plan sponsor and plan administrator for the Employees' Group

Benefits Plan of Alcoa, Inc.

38.     Pomona Valley Hospital is informed and believes that Defendant

Group Life and Health Benefits Plan for Employees of Participating AMR

Corporation Subsidiaries is an ERISA plan and a proper defendant pursuant to

ERISA § 502(d), 29 U.S.C. § 1132(d).

39.     Pomona Valley Hospital is informed and believes that Defendant

American Airlines, Inc. is a Delaware corporation with its corporate headquarters

located in Dallas-Fort Worth, Texas.  Pomona Valley Hospital is informed and

believes that American Airlines, Inc. is a plan sponsor and plan administrator for the

Group Life and Health Benefits Plan for Employees of Participating AMR

Corporation Subsidiaries.

40.     Pomona Valley Hospital is informed and believes that Defendant

American Golf Corporation Group Life, AD&D & Health Benefits Plan is an

ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. §

1132(d).

41.     Pomona Valley Hospital is informed and believes that Defendant

American Golf Corporation is a California corporation with its corporate

headquarters located in Santa Monica, California.  Pomona Valley Hospital is

informed and believes that American Golf Corporation is a plan sponsor and plan

administrator for the American Golf Corporation Group Life, AD&D & Health

Benefits Plan.

42.     Pomona Valley Hospital is informed and believes that Defendant

Group Insurance Plan for Certain Employees of Anheuser-Busch Companies, Inc. is

an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. §

1132(d).

43.     Pomona Valley Hospital is informed and believes that Defendant

Anheuser-Busch Companies, Inc. is a Delaware corporation with its corporate

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

headquarters located in St. Louis, Missouri. Pomona Valley Hospital is informed and believes that Anheuser-Busch Companies, Inc. is a plan sponsor and plan administrator for the Group Insurance Plan for Certain Employees of Anheuser-Busch Companies, Inc.

44. Pomona Valley Hospital is informed and believes that Defendant Applied Industrial Technologies Comprehensive Health Care Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

45. Pomona Valley Hospital is informed and believes that Defendant Applied Industrial Technologies, Inc. is an Ohio corporation with its corporate headquarters located in Cleveland, Ohio. Pomona Valley Hospital is informed and believes that Applied Industrial Technologies, Inc. is a plan sponsor and plan administrator for the Applied Industrial Technologies Comprehensive Health Care Plan.

46. Pomona Valley Hospital is informed and believes that Defendant Arthur J. Gallagher & Co. Employees' Self Funded Medical/Dental Plan and Insured Benefits is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

47. Pomona Valley Hospital is informed and believes that Defendant Arthur J. Gallagher & Co. is a Delaware corporation with its corporate headquarters located in Itasca, Illinois. Pomona Valley Hospital is informed and believes that Arthur J. Gallagher & Co. is a plan sponsor and plan administrator for the Arthur J. Gallagher & Co. Employees' Self Funded Medical/Dental Plan and Insured Benefits.

48. Pomona Valley Hospital is informed and believes that Defendant Ashland Inc. Medical Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

49. Pomona Valley Hospital is informed and believes that Defendant Ashland Inc. is a Kentucky corporation with its corporate headquarters located in

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

1  Lexington, Kentucky.  Pomona Valley Hospital is informed and believes that

2  Ashland Inc. is a plan sponsor and plan administrator for the Ashland Inc. Medical

3  Plan.

4      50.     Pomona Valley Hospital is informed and believes that Defendant

5  Atrium Companies, Inc., Master Benefits Plan is an ERISA plan and a proper

6  defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

7      51.     Pomona Valley Hospital is informed and believes that Defendant

8  Atrium Companies, Inc. is a Delaware corporation with its corporate headquarters

9  located in Dallas, Texas.  Pomona Valley Hospital is informed and believes that

10 Atrium Companies, Inc. is a plan sponsor and plan administrator for the Atrium

11 Companies, Inc., Master Benefits Plan.

12     52.     Pomona Valley Hospital is informed and believes that Defendant Big

13 Lots Associate Benefit Plan is an ERISA plan and a proper defendant pursuant to

14 ERISA § 502(d), 29 U.S.C. § 1132(d).

15     53.     Pomona Valley Hospital is informed and believes that Defendant Big

16 Lots, Inc. is an Ohio corporation with its corporate headquarters located in

17 Columbus, Ohio.  Pomona Valley Hospital is informed and believes that Big Lots,

18 Inc. is a plan sponsor and plan administrator for the Big Lots Associate Benefit Plan.

19     54.     Pomona Valley Hospital is informed and believes that Defendant The

20 Boeing Company Master Welfare Plan is an ERISA plan and a proper defendant

21 pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

22     55.     Pomona Valley Hospital is informed and believes that Defendant The

23 Boeing Company is a Delaware corporation with its corporate headquarters located

24 in Chicago, Illinois.  Pomona Valley Hospital is informed and believes that The

25 Boeing Company is a plan sponsor and plan administrator for The Boeing Company

26 Employee Health Benefit Plan.

27     56.     Pomona Valley Hospital is informed and believes that the Defendant

28 Employee Benefit Plans Committee of the Boeing Company is an administrative

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1   unit within the Boeing Company.  Pomona Valley Hospital is informed and believes

2   that the Employee Benefit Plans Committee of Boeing Company is a plan sponsor

3   and plan administrator for The Boeing Company Master Welfare Plan.

4          57.    Pomona Valley Hospital is informed and believes that Defendant

5   California Ironworkers Field Welfare Plan is an ERISA plan and a proper defendant

6   pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

7          58.    Pomona Valley Hospital is informed and believes that Defendant Board

8   of Trustees, Ironworkers Field Welfare Plan is the plan sponsor and plan

9   administrator for the California Ironworkers Field Welfare Plan.

10         59.    Pomona Valley Hospital is informed and believes that Defendant

11  California Service Employees Health and Welfare Trust Fund is a trust duly

12  organized and existing under the laws of California, with its principal place of

13  business in Alameda, California.

14         60.    Pomona Valley Hospital is informed and believes that Defendant Board

15  of Trustees of California Service Employees Health and Welfare Trust Fund is an

16  administrative unit within, and designated plan administrator for, the California

17  Service Employees Health and Welfare Trust Fund.

18         61.    Pomona Valley Hospital is informed and believes that Defendant

19  CalPortland Health and Welfare Benefit Plan is an ERISA plan and a proper

20  defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

21         62.    Pomona Valley Hospital is informed and believes that Defendant

22  CalPortland Company is a California corporation with its corporate headquarters

23  located in Glendora, California.  Pomona Valley Hospital is informed and believes

24  that Calportland Company is a plan sponsor and plan administrator for the

25  CalPortland Health and Welfare Benefit Plan.

26         63.    Pomona Valley Hospital is informed and believes that Defendant

27  Cintas Corporation Welfare Plan is an ERISA plan and a proper defendant pursuant

28  to ERISA § 502(d), 29 U.S.C. § 1132(d).

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

64.     Pomona Valley Hospital is informed and believes that Defendant Cintas Corporation is an Ohio corporation with its corporate headquarters located in Mason, Ohio. Pomona Valley Hospital is informed and believes that Cintas Corporation is a plan sponsor and plan administrator for the Cintas Corporation Welfare Plan.

65.     Pomona Valley Hospital is informed and believes that Defendant Coca-Cola Company Refreshments Personal Choice Flexible Benefits Plan – Medical and Prescription Drug Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

66.     Pomona Valley Hospital is informed and believes that Defendant Coca-Cola Refreshments USA, Inc. is a Delaware corporation with its corporate headquarters located in Atlanta, Georgia. Pomona Valley Hospital is informed and believes that Coca-Cola Company is a plan sponsor and plan administrator for the Coca-Cola Company Refreshments Personal Choice Flexible Benefits Plan – Medical and Prescription Drug Plan.

67.     Pomona Valley Hospital is informed and believes that Defendant the Coca-Cola Company Benefits Committee is an administrative unit of Defendant Coca-Cola Refreshments USA, Inc. Pomona Valley Hospital is informed and believes that Coca-Cola Company Benefits Committee is a plan sponsor and plan administrator for the Coca-Cola Company Refreshments Personal Choice Flexible Benefits Plan – Medical and Prescription Drug Plan.

68.     Pomona Valley Hospital is informed and believes that Defendant ConMed Corporation Healthcare Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

69.     Pomona Valley Hospital is informed and believes that Defendant ConMed Corporation is a New York corporation with its corporate headquarters located in Utica, New York. Pomona Valley Hospital is informed and believes that

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

1  ConMed Corporation is a plan sponsor and plan administrator for the ConMed

2  Corporation Healthcare Plan.

3       70.    Pomona Valley Hospital is informed and believes that Defendant

4  Crawford & Company Employee Medical Benefit Plan is an ERISA plan and a

5  proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

6       71.    Pomona Valley Hospital is informed and believes that Defendant

7  Crawford & Company is a Georgia corporation with its corporate headquarters

8  located in Atlanta, Georgia.  Pomona Valley Hospital is informed and believes that

9  Crawford & Company is a plan sponsor and plan administrator for the Crawford &

10  Company Employee Medical Benefit Plan.

11       72.    Pomona Valley Hospital is informed and believes that Defendant Dean

12  Foods Company Flex Select Benefit Plan is an ERISA plan and a proper defendant

13  pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

14       73.    Pomona Valley Hospital is informed and believes that Defendant Dean

15  Foods Company is a Delaware corporation with its corporate headquarters located in

16  Dallas, Texas.  Pomona Valley Hospital is informed and believes that Dean Foods

17  Company is a plan sponsor and plan administrator for the Dean Foods Company

18  Flex Select Benefit Plan.

19       74.    Pomona Valley Hospital is informed and believes that Defendant

20  DirecTV Welfare Benefit Plan is an ERISA plan and a proper defendant pursuant to

21  ERISA § 502(d), 29 U.S.C. § 1132(d).

22       75.    Pomona Valley Hospital is informed and believes that Defendant The

23  DirecTV Group, Inc. is a Delaware corporation with its corporate headquarters

24  located in El Segundo, California.  Pomona Valley Hospital is informed and

25  believes that The DirecTV Group, Inc. is a plan sponsor and plan administrator for

26  the DirecTV Welfare Benefit Plan.

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1    76.    Pomona Valley Hospital is informed and believes that Defendant Dorel

2  Juvenile Group Inc. Welfare Benefit Plan is an ERISA plan and a proper defendant

3  pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

4    77.    Pomona Valley Hospital is informed and believes that Defendant Dorel

5  Juvenile Group, Inc. is a Massachusetts corporation with its corporate headquarters

6  located in Columbus, Indiana. Pomona Valley Hospital is informed and believes

7  that Dorel Juvenile Group, Inc. is a plan sponsor and plan administrator for the

8  Dorel Juvenile Group Inc. Welfare Benefit Plan.

9    78.    Pomona Valley Hospital is informed and believes that Defendant

10  Emerson Electric Company Self Funded Medical Plan is an ERISA plan and a

11  proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

12    79.    Pomona Valley Hospital is informed and believes that Defendant

13  Emerson Electric Company is a Missouri corporation with its corporate headquarters

14  located in St. Louis, Missouri. Pomona Valley Hospital is informed and believes

15  that Emerson Electric Company is a plan sponsor and plan administrator for the

16  Emerson Electric Company Self Funded Medical Plan.

17    80.    Pomona Valley Hospital is informed and believes that Defendant

18  FedEx Ground Package System Inc. Medical, Dental and Vision Care Plan for

19  Package Handlers is an ERISA plan and a proper defendant pursuant to ERISA §

20  502(d), 29 U.S.C. § 1132(d).

21    81.    Pomona Valley Hospital is informed and believes that Defendant

22  FedEx Ground Package System, Inc. is a Delaware corporation with its corporate

23  headquarters located in Moon Township, Pennsylvania. Pomona Valley Hospital is

24  informed and believes that FedEx Ground Package System, Inc. is a plan sponsor

25  and plan administrator for the FedEx Ground Package System Inc. Medical, Dental

26  and Vision Care Plan for Package Handlers.

27

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

82.     Pomona Valley Hospital is informed and believes that Defendant Flowserve Corporation Flex Health & Welfare Benefits Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

83.     Pomona Valley Hospital is informed and believes that Defendant Flowserve Corporation is a New York corporation with its corporate headquarters located in Irving, Texas.  Pomona Valley Hospital is informed and believes that Flowserve Corporation is a plan sponsor and plan administrator for the Flowserve Corporation Flex Health & Welfare Benefits Plan.

84.     Pomona Valley Hospital is informed and believes that Defendant GENCO Distribution System, Inc. Teammate Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

85.     Pomona Valley Hospital is informed and believes that Defendant GENCO Distribution System, Inc. is a Pennsylvania corporation with its corporate headquarters located in Pittsburgh, Pennsylvania.  Pomona Valley Hospital is informed and believes that GENCO Distribution System, Inc. is a plan sponsor and plan administrator for GENCO Distribution System, Inc. Teammate Benefit Plan.

86.     Pomona Valley Hospital is informed and believes that Defendant The Hayward Industries, Inc. Medical Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

87.     Pomona Valley Hospital is informed and believes that Defendant Hayward Industries, Inc. is a New Jersey corporation with its corporate headquarters located in Elizabeth, New Jersey.  Pomona Valley Hospital is informed and believes that Hayward Industries, Inc. is a plan sponsor and plan administrator for the Hayward Industries, Inc. Medical Plan.

88.     Pomona Valley Hospital is informed and believes that Defendant Aimee Link, an individual, is the designated plan administrator for the Hayward Industries, Inc. Medical Plan.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

89. Pomona Valley Hospital is informed and believes that Defendant HDR Group Insurance Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

90. Pomona Valley Hospital is informed and believes that Defendant HDR, Inc. is a Nebraska corporation with its corporate headquarters located in Omaha, Nebraska. Pomona Valley Hospital is informed and believes that HDR, Inc. is a plan sponsor and plan administrator for the HDR Group Insurance Plan.

91. Pomona Valley Hospital is informed and believes that Defendant Invensys Group Benefits Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

92. Pomona Valley Hospital is informed and believes that Defendant Invensys, Inc. is a Massachusetts corporation with its corporate headquarters located in Foxboro, Massachusetts. Pomona Valley Hospital is informed and believes that Invensys, Inc. is a plan sponsor and plan administrator for Defendant Invensys Group Benefits Plan.

93. Pomona Valley Hospital is informed and believes that the Defendant Administrative Committee of Invensys, Inc. is an administrative unit of Invensys, Inc., and is a plan sponsor and plan administrator for Invensys Group Benefits Plan.

94. Pomona Valley Hospital is informed and believes that Defendant IDB Holdings, Inc. Welfare Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

95. Pomona Valley Hospital is informed and believes that Defendant IDB Holdings, Inc. is a Delaware corporation with its corporate headquarters located in Ontario, California. Pomona Valley Hospital is informed and believes that IDB Holdings, Inc. is a plan sponsor and plan administrator for IDB Holdings, Inc. Welfare Benefit Plan.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

96. Pomona Valley Hospital is informed and believes that Defendant Jackson and Tull Employee Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

97. Pomona Valley Hospital is informed and believes that Defendant Jackson and Tull Chartered Engineers is a Washington, DC corporation with its corporate headquarters located in Washington, DC. Pomona Valley Hospital is informed and believes that Jackson and Tull Chartered Engineers is a plan sponsor and plan administrator for Jackson and Tull Employee Benefit Plan.

98. Pomona Valley Hospital is informed and believes that Defendant Jensen Precast Employee Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

99. Pomona Valley Hospital is informed and believes that Defendant Jensen Enterprises, Inc. is a Nevada corporation with its corporate headquarters located in Sparks, Nevada. Pomona Valley Hospital is informed and believes that Jensen Enterprises, Inc. is a plan sponsor and plan administrator for the Jensen Precast Employee Benefit Plan.

100. Pomona Valley Hospital is informed and believes that Defendant The JPMorgan Chase Medical Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

101. Pomona Valley Hospital is informed and believes that Defendant JPMorgan Chase & Co. is a Delaware corporation with its corporate headquarters located in New York, New York. Pomona Valley Hospital is informed and believes that JPMorgan Chase & Co. is a plan sponsor and plan administrator for The JPMorgan Chase Medical Plan.

102. Pomona Valley Hospital is informed and believes that Defendant JPMorgan Chase U.S. Benefits Executive, an individual, is a citizen of New York, and is the designated plan administrator for the JPMorgan Chase Medical Plan.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

103. Pomona Valley Hospital is informed and believes that Defendant Kimberly-Clark Corporation Health and Welfare Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

104. Pomona Valley Hospital is informed and believes that Defendant Kimberly-Clark Corporation is a Delaware corporation with its corporate headquarters located in Neenah, Wisconsin. Pomona Valley Hospital is informed and believes that Kimberly-Clark Corporation is a plan sponsor and plan administrator for the Kimberly-Clark Corporation Health and Welfare Benefit Plan.

105. Pomona Valley Hospital is informed and believes that Defendant Kohl's Group Health Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

106. Pomona Valley Hospital is informed and believes that Defendant Kohl's Department Stores, Inc. is a Delaware corporation with its corporate headquarters located in Menomonee Falls, Wisconsin. Pomona Valley Hospital is informed and believes that Kohl's Department Stores, Inc. is a plan sponsor and plan administrator for the Kohl's Group Health Plan.

107. Pomona Valley Hospital is informed and believes that Defendant The Kroger Company Health and Welfare Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

108. Pomona Valley Hospital is informed and believes that Defendant The Kroger Co. is an Ohio corporation with its corporate headquarters located in Cincinnati, Ohio. Pomona Valley Hospital is informed and believes that The Kroger Co. is a plan sponsor and plan administrator for the Kroger Company Health and Welfare Benefit Plan.

109. Pomona Valley Hospital is informed and believes that Defendant Laborers Health and Welfare Trust Fund for Southern California is a trust duly organized and existing under the laws of California, with its headquarters located in El Monte, California.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

110.   Pomona Valley Hospital is informed and believes that Defendant Board of Trustees, Laborers Health and Welfare Trust Fund for Southern California is an administrative unit of, and designated plan administrator for, Defendant Laborers Health and Welfare Trust for Southern California.

111.   Pomona Valley Hospital is informed and believes that Defendant Leggett & Platt, Incorporated Employee Benefit Fund is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

112.   Pomona Valley Hospital is informed and believes that Defendant Leggett & Platt, Incorporated is a Missouri corporation with its corporate headquarters located in Carthage, Missouri.  Pomona Valley Hospital is informed and believes that Leggett & Platt, Incorporated is a plan sponsor and plan administrator for Leggett & Platt, Incorporated Employee Benefit Fund.

113.   Pomona Valley Hospital is informed and believes that Defendant Luxottica Group Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

114.   Pomona Valley Hospital is informed and believes that Defendant Luxottica Retail North America Inc. is an Ohio corporation with its corporate headquarters located in Mason, Ohio.  Pomona Valley Hospital is informed and believes that Luxottica Retail North America Inc. is a plan sponsor and plan administrator for Luxottica Group Benefit Plan.

115.   Pomona Valley Hospital is informed and believes that Defendant ERISA Plans Compliance and Investment Committee, Luxottica Retail North America Inc. is an administrative unit of Luxottica Retail North America Inc., and is a plan sponsor and plan administrator for Luxottica Group Benefit Plan.

116.   Pomona Valley Hospital is informed and believes that Defendant Line Construction Benefit Fund Plan of Benefits is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1    117.   Pomona Valley Hospital is informed and believes that Defendant Board

2  of Trustees of Line Construction Benefit Fund is the designated plan administrator

3  for Defendant Line Construction Benefit Fund Plan of Benefits.

4    118.   Pomona Valley Hospital is informed and believes that Defendant

5  Employee Benefit Plan of Masco Corporation is an ERISA plan and a proper

6  defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

7    119.   Pomona Valley Hospital is informed and believes that Defendant

8  Masco Corporation is a Michigan corporation with its corporate headquarters

9  located in Taylor, Michigan.  Pomona Valley Hospital is informed and believes

10  Masco Corporation is a plan sponsor and plan administrator for the Employee

11  Benefit Plan of Masco Corporation.

12    120.   Pomona Valley Hospital is informed and believes that Defendant

13  McLane Company Welfare Plan is an ERISA plan and a proper defendant pursuant

14  to ERISA § 502(d), 29 U.S.C. § 1132(d).

15    121.   Pomona Valley Hospital is informed and believes that Defendant

16  McLane Company, Inc. is a Texas corporation with its corporate headquarters

17  located in Temple, Texas.  Pomona Valley Hospital is informed and believes that

18  McLane Company, Inc. is a plan sponsor and plan administrator for the McLane

19  Company Welfare Plan.

20    122.   Pomona Valley Hospital is informed and believes that Defendant

21  Medtronic, Inc. Group Insurance Plan is an ERISA plan and a proper defendant

22  pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

23    123.   Pomona Valley Hospital is informed and believes that Defendant

24  Medtronic, Inc. is a Minnesota corporation with its corporate headquarters located in

25  Minneapolis, Minnesota.  Pomona Valley Hospital is informed and believes that

26  Medtronic, Inc. is a plan sponsor and plan administrator for the Medtronic, Inc.

27  Group Insurance Plan.

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

124. Pomona Valley Hospital is informed and believes that Defendant Sid Tool Co., Inc. Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

125. Pomona Valley Hospital is informed and believes that MSC Industrial Direct Co., Inc. is a New York corporation with its corporate headquarters located in Melville, New York. Pomona Valley Hospital is informed and believes that MSC Industrial Direct Co., Inc. is a plan sponsor and plan administrator for the Sid Tool Co., Inc. Benefit Plan.

126. Pomona Valley Hospital is informed and believes that Defendant National Elevator Industry Health Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

127. Pomona Valley Hospital is informed and believes that Defendant National Elevator Industry Health Benefit Plan Board of Trustees is an administrative unit of, and designated plan administrator for, the National Elevator Industry Health Benefit Plan.

128. Pomona Valley Hospital is informed and believes that Defendant Nestle Health and Welfare Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

129. Pomona Valley Hospital is informed and believes that Defendant Nestle USA, Inc. is a Delaware corporation with its corporate headquarters located in Glendale, California. Pomona Valley Hospital is informed and believes that Nestle USA, Inc. is a plan sponsor and plan administrator for the Nestle Health and Welfare Plan.

130. Pomona Valley Hospital is informed and believes that Defendant Northrop Grumman Health Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

131. Pomona Valley Hospital is informed and believes that Defendant Northrop Grumman Corporation is a Delaware corporation with its corporate

headquarters located in Charlotte, North Carolina. Pomona Valley Hospital is informed and believes that Northrop Grumman Corporation is a plan sponsor and plan administrator for the Northrop Grumman Health Plan.

132. Pomona Valley Hospital is informed and believes that Defendant Employee Welfare Benefits Committee, Northrop Grumman Corporation is an administrative unit of Northrop Grumman Corporation, and designated plan administrator for, the Northrop Grumman Health Plan.

133. Pomona Valley Hospital is informed and believes that Defendant Oldcastle, Inc. Health and Welfare is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

134. Pomona Valley Hospital is informed and believes that Defendant Oldcastle, Inc. is a Delaware corporation with its corporate headquarters located in Atlanta, Georgia. Pomona Valley Hospital is informed and believes that Oldcastle, Inc. is a plan sponsor and plan administrator for Oldcastle, Inc. Health and Welfare.

135. Pomona Valley Hospital is informed and believes that Defendant Operating Engineers Health and Welfare Fund is a trust fund organized and existing under the laws of California, with its headquarters located in Pasadena, California.

136. Pomona Valley Hospital is informed and believes that Defendant Joint Board of Trustees of Operating Engineers Health and Welfare Fund is an administrative unit of, and designated plan administrator for, the Operating Engineers Health and Welfare Fund.

137. Pomona Valley Hospital is informed and believes that Defendant Operating Engineers Local 501 Security Fund is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

138. Pomona Valley Hospital is informed and believes that Defendant Management Applied Programming, Inc. is a corporation with its corporate headquarters located in City of Industry, California. Pomona Valley Hospital is

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  informed and believes that Management Applied Programming, Inc. is a plan

2  administrator for Operating Engineers Local 501 Security Fund.

3      139.   Pomona Valley Hospital is informed and believes that Defendant

4  Owens-Illinois Hourly Employees Welfare Benefit Plan is an ERISA plan and a

5  proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

6      140.   Pomona Valley Hospital is informed and believes that Defendant

7  Owens-Illinois, Inc. is a Delaware corporation with its corporate headquarters

8  located in Perrysburg, Ohio.  Pomona Valley Hospital is informed and believes that

9  Owens-Illinois, Inc. is a plan sponsor and plan administrator for Owens-Illinois

10  Hourly Employees Welfare Benefit Plan.

11     141.   Pomona Valley Hospital is informed and believes that the Defendant

12  Owens-Illinois Employee Benefits Committee is an administrative unit of Owens-

13  Illinois, Inc., and is a plan sponsor and plan administrator for Owens-Illinois Hourly

14  Employees Welfare Benefit Plan.

15     142.   Pomona Valley Hospital is informed and believes that Defendant Pactiv

16  Corporation Master Health & Welfare Plan is an ERISA plan and a proper

17  defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

18     143.   Pomona Valley Hospital is informed and believes that Defendant Pactiv

19  Corporation is a Delaware corporation with its corporate headquarters located in

20  Lake Forrest, Illinois.  Pomona Valley Hospital is informed and believes that Pactiv

21  Corporation is a plan sponsor and plan administrator for the Pactiv Corporation

22  Master Health & Welfare Plan.

23     144.   Pomona Valley Hospital is informed and believes that Defendant

24  Panera, LLC Welfare Benefit Plan is an ERISA plan and a proper defendant

25  pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

26     145.   Pomona Valley Hospital is informed and believes that Defendant

27  Panera, LLC is the plan sponsor and plan administrator for Panera, LLC Welfare

28  Benefit Plan.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

146. Pomona Valley Hospital is informed and believes that Defendant PepsiCo Employee Health Care Program is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

147. Pomona Valley Hospital is informed and believes that Defendant PepsiCo, Inc. is a Delaware corporation with its corporate headquarters located in Purchase, New York. Pomona Valley Hospital is informed and believes that Pepsico, Inc. is a plan sponsor and plan administrator for PepsiCo Employee Health Care Program.

148. Pomona Valley Hospital is informed and believes that Defendant PepsiCo Administration Committee is an administrative unit of, and designated plan administrator for, Defendant PepsiCo Employee Health Care Program.

149. Pomona Valley Hospital is informed and believes that Defendant PFGC, Inc. Employee Benefits Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

150. Pomona Valley Hospital is informed and believes that Defendant PFGC, Inc. is a Delaware corporation with its corporate headquarters located in Richmond, Virginia. Pomona Valley Hospital is informed and believes that PFGC, Inc. is a plan sponsor and plan administrator for PFGC, Inc. Employee Benefits Plan.

151. Pomona Valley Hospital is informed and believes that Defendant Pier 1 Imports, Inc. Medical Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

152. Pomona Valley Hospital is informed and believes that Defendant Pier 1 Imports, Inc. is a Delaware corporation with its corporate headquarters located in Forth Worth, Texas. Pomona Valley Hospital is informed and believes that Pier 1 Imports, Inc. is a plan sponsor and plan administrator for Pier 1 Imports, Inc. Medical Plan. Group Insurance Plan.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

153.    Pomona Valley Hospital is informed and believes that Defendant Porsche Business Services, Inc. Comprehensive Welfare Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

154.    Pomona Valley Hospital is informed and believes that Defendant Porsche Business Services, Inc. is a Delaware corporation with its corporate headquarters located in Lisle, Illinois. Pomona Valley Hospital is informed and believes that Porsche Business Services, Inc. is a plan sponsor and plan administrator for Porsche Business Services, Inc. Comprehensive Welfare Benefit Plan.

155.    Pomona Valley Hospital is informed and believes that Defendant Prime Healthcare Services, Inc. Welfare Benefits Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

156.    Pomona Valley Hospital is informed and believes that Defendant Prime Healthcare Services, Inc. is a Delaware corporation with its headquarters located in Ontario, California. Pomona Valley Hospital is informed and believes that Prime Healthcare Services, Inc. is a plan sponsor and plan administrator for Defendant Prime Healthcare Services, Inc. Welfare Benefits Plan.

157.    Pomona Valley Hospital is informed and believes that Defendant Prospect Mortgage, LLC Comprehensive Health & Welfare Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

158.    Pomona Valley Hospital is informed and believes that Defendant Prospect Mortgage, LLC is a Delaware LLC with its headquarters located in Sherman Oaks, California. Pomona Valley Hospital is informed and believes that Prospect Mortgage, LLC is a plan sponsor and plan administrator for Prospect Mortgage, LLC Comprehensive Health & Welfare Benefit Plan.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

159. Pomona Valley Hospital is informed and believes that Defendant Rent-A-Center, Inc. Employee Welfare Benefits Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

160. Pomona Valley Hospital is informed and believes that Defendant Rent-A-Center, Inc. is a Delaware corporation with its headquarters in Plano, Texas, and is the designated plan administrator for Rent-A-Center, Inc. Employee Welfare Benefits Plan.

161. Pomona Valley Hospital is informed and believes that Defendant Robinson Helicopter Company Health Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

162. Pomona Valley Hospital is informed and believes that Defendant Robinson Helicopter Company, Inc. is a California corporation with its corporate headquarters located in Torrance, California. Pomona Valley Hospital is informed and believes that Robinson Helicopter Company, Inc. is a plan sponsor and plan administrator for Robinson Helicopter Company Health Plan.

163. Pomona Valley Hospital is informed and believes that Defendant Ross Stores Benefit Program is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

164. Pomona Valley Hospital is informed and believes that Defendant Ross Stores, Inc. is a Delaware corporation with its corporate headquarters located in Pleasanton, California. Pomona Valley Hospital is informed and believes that Ross Stores, Inc. is a plan sponsor and plan administrator for Ross Stores Benefit Program.

165. Pomona Valley Hospital is informed and believes that Defendant Skechers Welfare Benefit Trust is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

166. Pomona Valley Hospital is informed and believes that Defendant Skechers USA, Inc. is a Delaware corporation with its corporate headquarters

located in Manhattan Beach, California. Pomona Valley Hospital is informed and believes that Skechers USA, Inc. is a plan sponsor and plan administrator for Skechers Welfare Benefit Trust.

167. Pomona Valley Hospital is informed and believes that Defendant Sonoco Health and Group Benefits Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

168. Pomona Valley Hospital is informed and believes that Defendant Sonoco Products Company is a South Carolina corporation with its headquarters located in Hartsville, South Carolina, and is the designated plan administrator for Sonoco Health and Group Benefits Plan.

169. Pomona Valley Hospital is informed and believes that Defendant Southern California Drug Benefit Fund is a trust organized and existing under the laws of California, with its headquarters in Los Angeles, California.

170. Pomona Valley Hospital is informed and believes that Defendant Board of Trustees, Southern California Drug Benefit Fund is an administrative unit of, and designated plan administrator for, Southern California Drug Benefit Fund.

171. Pomona Valley Hospital is informed and believes that Defendant Southern California Lumber Industry Welfare Fund is a trust fund duly organized and existing under the laws of California, with its headquarters in City of Industry, California.

172. Pomona Valley Hospital is informed and believes that Defendant Board of Trustees, Southern California Lumber Industry Welfare Fund is an administrative unit within, and designated plan administrator for, Southern California Lumber Industry Welfare Fund.

173. Pomona Valley Hospital is informed and believes that Defendant Southern California Painting & Drywall Industries Health and Welfare Trust Fund is a trust duly organized and existing under the laws of California, with its headquarters located in El Monte, California.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

174. Pomona Valley Hospital is informed and believes that Defendant Board of Trustees, Southern California Painting & Drywall Industries Health and Welfare Trust Fund is an administrative unit with, and designated plan administrator for, Southern California Painting & Drywall Industries Health and Welfare Trust Fund.

175. Pomona Valley Hospital is informed and believes that Defendant Southwest Carpenters Health and Welfare Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

176. Pomona Valley Hospital is informed and believes that Defendant Southwest Carpenters Health and Welfare Trust Board of Trustees is the designated plan administrator for Southwest Carpenters Health and Welfare Plan.

177. Pomona Valley Hospital is informed and believes that Defendant The State Farm Insurance Companies Group Health and Welfare Plan for United States Employees is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

178. Pomona Valley Hospital is informed and believes that Defendant State Farm Mutual Automobile Insurance Company is an Illinois corporation with its corporate headquarters located in Bloomington, Illinois. Pomona Valley Hospital is informed and believes that State Farm Mutual Automobile Insurance Company is a plan sponsor and plan administrator for the State Farm Insurance Companies Group Health and Welfare Plan for United States Employees. In addition, Pomona Valley Hospital is informed and believes that State Farm Mutual Automobile Insurance Company is the insurer for the Group Medical PPO Plan for United States Agents and Employees of Agents.

179. Pomona Valley Hospital is informed and believes that Defendant State Farm Welfare Benefit Administrative Committee is an administrative unit within Defendant State Farm Mutual Automobile Insurance Company, and is a plan administrator for Defendants the State Farm Insurance Companies Group Health and Welfare Plan for United States Employees.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

180. Pomona Valley Hospital is informed and believes that Defendant Stepan Company Employee Welfare Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

181. Pomona Valley Hospital is informed and believes that Defendant Stepan Company is a Delaware corporation with its corporate headquarters located in Northfield, Illinois. Pomona Valley Hospital is informed and believes that Stepan Company is a plan sponsor and plan administrator for Stepan Company Employee Welfare Benefit Plan.

182. Pomona Valley Hospital is informed and believes that Defendant Tarkett Enterprises Inc. Employee Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

183. Pomona Valley Hospital is informed and believes that Defendant Tarkett Enterprises Inc. is a Delaware corporation with its corporate headquarters located in Chagrin Falls, Ohio. Pomona Valley Hospital is informed and believes that Tarkett Enterprises Inc. is a plan sponsor and plan administrator for Tarkett Enterprises Inc. Employee Benefit Plan.

184. Pomona Valley Hospital is informed and believes that Defendant Teamsters and Food Employers Security Trust Fund is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

185. Pomona Valley Hospital is informed and believes that Defendant Southwest Administrators, Inc. is a California corporation with its principal place of business located in Alhambra, California, and is the plan administrator for Teamsters and Food Employers Security Trust Fund.

186. Pomona Valley Hospital is informed and believes that Defendant Temple-Inland Health & Welfare Benefits Wrap Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

187. Pomona Valley Hospital is informed and believes that Defendant TIN Inc. d/b/a Temple-Inland is a Delaware corporation with its corporate headquarters

located in Austin, Texas. Pomona Valley Hospital is informed and believes that TIN Inc. d/b/a Temple-Inland is a plan sponsor and plan administrator for Temple-Inland Health & Welfare Benefits Wrap Plan.

188. Pomona Valley Hospital is informed and believes that Defendant Temple-Inland Benefits Administration Committee is an administrative unit within Defendant TIN Inc. d/b/a Temple-Inland, and is a plan administrator for Temple-Inland Health & Welfare Benefits Wrap Plan.

189. Pomona Valley Hospital is informed and believes that Defendant Time Warner Group Health Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

190. Pomona Valley Hospital is informed and believes that Defendant Time Warner Inc. is a Delaware corporation with its corporate headquarters located in New York, New York. Pomona Valley Hospital is informed and believes that Time Warner Inc. is a plan sponsor and plan administrator for Time Warner Group Health Plan.

191. Pomona Valley Hospital is informed and believes that Defendant Administrative Committee of the Plan, Time Warner Group Health Plan is an administrative unit within Defendant Time Warner Inc., and is a plan administrator for Time Warner Group Health Plan.

192. Pomona Valley Hospital is informed and believes that Defendant Travelers Trusteed Employee Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

193. Pomona Valley Hospital is informed and believes that Defendant The Travelers Companies, Inc. is a Minnesota corporation with its corporate headquarters located in St. Paul, Minnesota. Pomona Valley Hospital is informed and believes that Travelers Companies, Inc. is a plan sponsor and plan administrator for Travelers Trusteed Employee Benefit Plan.

1  194.  Pomona Valley Hospital is informed and believes that Defendant
2  TreeHouse Foods, Inc. Health and Welfare Benefits Plan is an ERISA plan and a
3  proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

4  195.  Pomona Valley Hospital is informed and believes that Defendant
5  TreeHouse Foods, Inc. is a Delaware corporation with its corporate headquarters
6  located in St. Oak Brook, Illinois.  Pomona Valley Hospital is informed and believes
7  that Treehouse Foods, Inc. is a plan sponsor and plan administrator for The
8  Treehouse Foods, Inc. Health and Welfare Plan.

9  196.  Pomona Valley Hospital is informed and believes that Defendant Tri-
10  West, Ltd. Employee Health Benefit Plan is an ERISA plan and a proper defendant
11  pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

12  197.  Pomona Valley Hospital is informed and believes that Defendant Tri-
13  West, Ltd. is a California corporation with its corporate headquarters located in St.
14  Santa Fe Springs, California.  Pomona Valley Hospital is informed and believes that
15  Tri-West, Ltd. is a plan sponsor and plan administrator for Tri-West, Ltd. Employee
16  Health Benefit Plan.

17  198.  Pomona Valley Hospital is informed and believes that Defendant Tyco
18  International Health and Welfare Benefits Plan is an ERISA plan and a proper
19  defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

20  199.  Pomona Valley Hospital is informed and believes that Defendant Tyco
21  International Management Company, LLC is a New Jersey limited liability
22  company with its corporate headquarters located in Princeton, New Jersey.  Pomona
23  Valley Hospital is informed and believes that Tyco International Management
24  Company, LLC is a plan sponsor and plan administrator for Tyco International
25  Health and Welfare Benefits Plan.

26  200.  Pomona Valley Hospital is informed and believes that Defendant Tyson
27  Foods, Inc. Group Health Plan is an ERISA plan and a proper defendant pursuant to
28  ERISA § 502(d), 29 U.S.C. § 1132(d).

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

201. Pomona Valley Hospital is informed and believes that Defendant Tyson Foods, Inc. is a Delaware corporation with its corporate headquarters located in Springdale, Arkansas. Pomona Valley Hospital is informed and believes that Tyson Foods, Inc. is a plan sponsor and plan administrator for Tyson Foods, Inc. Group Health Plan.

202. Pomona Valley Hospital is informed and believes that Defendant Southern California United Food & Commercial Workers Unions and Food Employers Benefit Fund is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

203. Pomona Valley Hospital is informed and believes that Defendant Southern California United Food & Commercial Workers Unions and Food Employers Joint Benefit Funds Administration, LLC is an LLC organized and existing under the laws of California with its principal place of business located in Cypress, California, and is the plan administrator for Southern California United Food & Commercial Workers Unions and Food Employers Benefit Fund.

204. Pomona Valley Hospital is informed and believes that Defendant Unified Grocers, Inc. Group Welfare Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

205. Pomona Valley Hospital is informed and believes that Defendant Unified Grocers, Inc. is a California corporation with its corporate headquarters located in Commerce, California. Pomona Valley Hospital is informed and believes that Unified Grocers, Inc. is a plan sponsor and plan administrator for Unified Grocers, Inc. Group Welfare Plan.

206. Pomona Valley Hospital is informed and believes that Defendant United Air Lines Employee Welfare Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

207. Pomona Valley Hospital is informed and believes that Defendant United Air Lines, Inc. is a Delaware corporation with its corporate headquarters

located in Chicago, Illinois. Pomona Valley Hospital is informed and believes that United Air Lines, Inc. is a plan sponsor and plan administrator for United Air Lines Employee Welfare Benefit Plan.

208. Pomona Valley Hospital is informed and believes that Defendant United Air Lines, Inc. Retirement and Welfare Administration Committee is an administrative unit of United Air Lines, Inc., and is a plan sponsor and plan administrator for United Air Lines Employee Welfare Benefit Plan.

209. Pomona Valley Hospital is informed and believes that Defendant United Natural Foods Employee Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

210. Pomona Valley Hospital is informed and believes that Defendant United Natural Foods, Inc. is a Delaware corporation with its corporate headquarters located in Providence, Rhode Island. Pomona Valley Hospital is informed and believes that United Natural Foods, Inc. is a plan sponsor and plan administrator for United Natural Foods Employee Benefit Plan.

211. Pomona Valley Hospital is informed and believes that Defendant United Technologies Corporation Group Health Care Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

212. Pomona Valley Hospital is informed and believes that Defendant United Technologies Corporation is a Delaware corporation with its corporate headquarters located in Hartford, Connecticut. Pomona Valley Hospital is informed and believes that United Technologies Corporation is a plan sponsor and plan administrator for United Technologies Corporation Group Health Care Plan.

213. Pomona Valley Hospital is informed and believes that Defendant UPS Health & Welfare Package Select is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

214. Pomona Valley Hospital is informed and believes that Defendant United Parcel Service of America, Inc. is a Delaware corporation with its corporate

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

headquarters located in Atlanta, Georgia. Pomona Valley Hospital is informed and believes that United Parcel Service of America, Inc. is a plan sponsor and plan administrator for UPS Health & Welfare Package Select.

215. Pomona Valley Hospital is informed and believes that Defendant U.S. Bank Comprehensive Welfare Benefit Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

216. Pomona Valley Hospital is informed and believes that Defendant U.S. Bancorp is a Delaware corporation with its corporate headquarters located in Robbinsdale, Minnesota. Pomona Valley Hospital is informed and believes that U.S. Bancorp is a plan sponsor and plan administrator for U.S. Bank Comprehensive Welfare Benefit Plan.

217. Pomona Valley Hospital is informed and believes that Defendant Verizon Wireless Health and Welfare Benefits Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

218. Pomona Valley Hospital is informed and believes that Defendant Cellco Partnership is a Delaware partnership with its headquarters located in New York, New York. Pomona Valley Hospital is informed and believes that Cellco Partnership is a plan sponsor and plan administrator for Verizon Wireless Health and Welfare Benefits Plan.

219. Pomona Valley Hospital is informed and believes that Defendant Vertis Health and Welfare Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

220. Pomona Valley Hospital is informed and believes that Defendant Vertis, Inc. is a Delaware corporation with its corporate headquarters located in Baltimore, Maryland. Pomona Valley Hospital is informed and believes that Vertis, Inc. is a plan sponsor and plan administrator for Vertis Health and Welfare Plan.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

221. Pomona Valley Hospital is informed and believes that Defendant Wal-Mart Stores, Inc. Associates Health & Welfare Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

222. Pomona Valley Hospital is informed and believes that Defendant Wal-Mart Stores, Inc. is a Delaware corporation with its corporate headquarters located in Bentonville, Arkansas. Pomona Valley Hospital is informed and believes that Wal-Mart Stores, Inc. is a plan sponsor and plan administrator for Wal-Mart Stores, Inc. Associates Health & Welfare Plan.

223. Pomona Valley Hospital is informed and believes that Defendant Administrative Committee, Wal-Mart Stores, Inc. Associates Health & Welfare Plan is an administrative unit of, and plan administrator for Wal-Mart Stores, Inc. Associates Health & Welfare Plan.

224. Pomona Valley Hospital is informed and believes that Defendant Werner Enterprises, Inc. Group Insurance Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

225. Pomona Valley Hospital is informed and believes that Defendant Werner Enterprises, Inc. is a Nebraska corporation with its corporate headquarters located in Omaha, Nebraska. Pomona Valley Hospital is informed and believes that Werner Enterprises, Inc. is a plan sponsor and plan administrator for Werner Enterprises, Inc. Group Insurance Plan.

226. Pomona Valley Hospital is informed and believes that Defendant Western Growers Assurance Trust is a trust organized and existing under the laws of California, with its headquarters located in Irvine, California.

227. Pomona Valley Hospital is informed and believes that Defendant Trustees of the Western Growers Assurance Trust is an administrative unit of, and plan administrator for, Western Growers Assurance Trust.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

228. Pomona Valley Hospital is informed and believes that Defendant Western Teamsters Welfare Trust is a trust organized and existing under the laws of Washington, with its headquarters in Seattle, Washington.

229. Pomona Valley Hospital is informed and believes that Defendant Board of Trustees, Western Teamsters Welfare Trust, is an administrative unit of, and plan administrator for, Western Teamsters Welfare Trust.

230. Pomona Valley Hospital is informed and believes that Defendant WinCo Foods, Inc., Medical Reimbursement Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

231. Pomona Valley Hospital is informed and believes that Defendant WinCo Holdings, Inc. is an Idaho corporation with its corporate headquarters located in Boise, Idaho. Pomona Valley Hospital is informed and believes that Winco Holdings, Inc. is a plan sponsor and plan administrator for WinCo Foods, Inc., Medical Reimbursement Plan.

232. Pomona Valley Hospital is informed and believes that Defendant Xerox Medical Care Plan is an ERISA plan and a proper defendant pursuant to ERISA § 502(d), 29 U.S.C. § 1132(d).

233. Pomona Valley Hospital is informed and believes that Defendant Xerox Corporation is a Delaware corporation with its corporate headquarters located in Norwalk, Connecticut. Pomona Valley Hospital is informed and believes that Xerox Corporation is a plan sponsor and plan administrator for Xerox Medical Care Plan.

234. DOES 6 through 10 are self-insured plans and other entities financially liable for health care services provided to their members at Pomona Valley Hospital. Pomona Valley Hospital does not know the true names or capacities, whether individual, corporate, associate, or otherwise, of defendant DOES 6 through 10, and therefore designates those defendants by such fictitious names. Each of the defendants sued herein as a DOE is legally responsible in some manner for the

1 events and happenings referred to and proximately caused the injuries suffered by
2 plaintiff. Pomona Valley Hospital will amend this complaint to allege the true
3 names and capacities of these DOES when the same becomes known to Pomona
4 Valley Hospital.

5      235.  The defendants described in Paragraphs 36 through 234 are collectively
6 referred to herein as the "Self-Insured Defendants."

## III.

## AGENCY

9      236.  Pomona Valley Hospital is informed and believes that BCC and BC
10 Life are the agents of each other, and of the Blue Card Defendants, the Self-Insured
11 Defendants, and DOES 1 through 10, and have actual or ostensible authority, to act
12 on each others' behalf, and on behalf of the Blue Card Defendants and the Self-
13 Insured Defendants, and DOES 1 through 10 for: (a) certifying or authorizing
14 Pomona Valley Hospital's provision of services to members; (b) receiving Pomona
15 Valley Hospital's claims; (c) pricing the claims; (d) processing and administering
16 the claims and appeals; (e) approving or denying the claims; (f) deciding not to
17 transfer the members to in-network hospitals for post-stabilization services;
18 (g) authorizing Pomona Valley Hospital to provide post-stabilization services to
19 Defendants' members; (h) directing whether and how to pay the claims; (i) issuing
20 remittance advices and explanations of benefits; (j) communicating with Pomona
21 Valley Hospital regarding the claims and services; (k) communicating with
22 members regarding the claims and services; (l) providing utilization management
23 services; and (m) in many instances issuing payment. With respect to every claim at
24 issue in this case, regardless of whether the claim is the responsibility of Blue Cross,
25 the Blue Card Defendants, or the Self-Insured Defendants, Pomona Valley Hospital
26 dealt directly with BCC and BC Life as an indistinguishable entity. Pomona Valley
27 Hospital submitted reimbursement claims to BCC and BC Life, communicated

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1  about the claims with BCC and BC Life, and received payments from BCC and BC

2  Life.

3      237. Pomona Valley Hospital is informed and believes that the Blue Card

4  Defendants are agents for certain Self-Insured Defendants, and have actual or

5  ostensible authority to act on the Self-Insured Defendants' behalf for: (a) certifying

6  or authorizing Pomona Valley Hospital's provision of services to members;

7  (b) receiving Pomona Valley Hospital's claims; (c) pricing the claims;

8  (d) processing and administering the claims and appeals; (e) approving or denying

9  the claims; (f) deciding not to transfer the members to in-network hospitals for post-

10  stabilization services; (g) authorizing Pomona Valley Hospital to provide post-

11  stabilization services to Defendants' members; (h) directing whether and how to pay

12  the claims; (i) issuing remittance advices and explanations of benefits;

13  (j) communicating with Pomona Valley Hospital regarding the claims and services;

14  (k) communicating with members regarding the claims and services; (l) providing

15  utilization management services; and (m) in many instances issuing payment.

16      238. Pomona Valley Hospital is informed and believes that, as the appointed

17  agents of the Blue Card Defendants and the Self-Insured Defendants, BCC and BC

18  Life are in possession of all facts, information and data concerning and related to the

19  authorization, processing, pricing and payment of all claims submitted by Pomona

20  Valley Hospital to the aforementioned Defendants.

21                         **IV.**

22        **ASSIGNMENT AND STANDING**

23      239. As a condition of admission, each patient at Pomona Valley Hospital

24  signs a Conditions of Admission form agreeing to, *inter alia*, assign his or her health

25  insurance benefits to Pomona Valley Hospital. Each assignment of benefits

26  provides for Pomona Valley Hospital to be paid directly for the services provided to

27  the patient.

28

240. Pomona Valley Hospital received an assignment of benefits for every claim at issue in this litigation. Pomona Valley Hospital maintains each patient's assignment of benefits in the patient's hospital records. Pomona Valley Hospital's Assignment of Insurance Benefits reads as follows:

> The undersigned authorizes, whether he/she signs as agent or as patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services if rendered, at a rate not to exceed the hospital's actual charges. It is agreed that payment to the hospital pursuant to this authorization by an insurance company shall discharge said insurance company and all obligation under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this assignment.

241. Upon discharge of each patient, Pomona Valley Hospital's computerized billing system generates an itemized list of services and products used to deliver care to the patient. From this list, Pomona Valley Hospital generates a standardized bill on the national industry standard UB-04 form used to bill insurance payors. Blue Cross, the Blue Card Defendants and the Self-Insured Defendants were each individually notified of their respective patients' assignments of benefits directly on each UB-04 bill they received from Pomona Valley Hospital in connection with each claim at issue in this case.

242. Pomona Valley Hospital has standing to pursue the claims at issue in this Complaint as an assignee of its patients' benefits under health benefit plans governed by ERISA.

## V.

## ALLEGATIONS COMMON TO ALL CLAIMS

243. It is standard practice in the health care industry that when a hospital, such as Pomona Valley Hospital, enters into a written contract with a health plan, such as BCC and BC Life, the hospital agrees to accept reimbursement that is discounted from the hospital's billed charges in exchange for the benefits of being a

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

"contracted provider" (*i.e.*, a provider with a written contract with the plan). These benefits include an increased volume of business because the health plan provides financial and other incentives for its members to receive their medical care at the contracted provider, advertises that the provider is "in-network," and allows members to pay lower co-payments and deductibles to use the contracted provider for their non-emergency services.

244. Another benefit to the health plans of these written agreements is that the hospitals agree not to bill the health plans' members for contracted services, except for co-payments and deductibles.

245. Conversely, when a hospital, such as Pomona Valley Hospital, does not have a written contract with a health plan, the hospital receives less business from the plan, as the health plan discourages its members from receiving their non-emergency care at the out-of-network provider. As a result, the non-contracted hospital has no obligation to reduce its charges or offer a discount, and is entitled to receive payment based on its charges for the services rendered. The health plan is not entitled to a discount from the hospital's total billed charges because it is not providing the hospital with the benefits of an increased patient volume that results from being an in-network provider.

246. In recent years, Blue Cross' contracts have demanded such low rates and have become so onerous and one-sided in favor of Blue Cross, that many hospitals, like Pomona Valley Hospital, have determined that they cannot afford to enter into such contracts with Blue Cross. As a result, a growing number of hospitals have become "non-contracted" or "out-of-network" with Blue Cross.

247. In these non-contracted situations, Blue Cross has drastically underpaid hospitals for the medically necessary services they have provided to the members of Blue Cross and other payors, including the Blue Card Defendants and Self-Insured Defendants, who have contracted with Blue Cross to price and administer their healthcare claims. Blue Cross has used flawed methodologies to unilaterally

determine what amounts hospitals should charge for their services. These flawed methodologies fail to comply with the provisions of members' insurance contracts, ERISA plans, Summary Plan Descriptions ("SPDs"), or Evidences of Coverage ("EOCs") for calculating payments to non-contracted hospitals, do not comply with legal standards and generally accepted industry standards for calculating payments to non-contracted hospitals, and result in payments which are not reasonable and do not adequately reimburse non-contracted hospitals for the medically necessary services they provide to Defendants' members. Instead, these flawed methodologies unfairly and illegally shift the burden and expense of payment for emergency and post-stabilization healthcare services to patients, and force non-contracted hospitals to balance bill their patients for sums which are legally owed by Defendants.

### The Provider Agreement

248. From February 15, 2005 to August 15, 2008, Pomona Valley Hospital had a written contract with BCC pursuant to which Pomona Valley Hospital provided inpatient and outpatient medical services to members of BCC and its affiliates, including the Blue Card Defendants and the Self-Insured Defendants (the "Provider Agreement"). Pomona Valley Hospital provided such services to BCC and the other Defendants at the negotiated rates set forth in Provider Agreement in exchange for the increased volume of patients Pomona Valley Hospital received as a Blue Cross "in-network" provider.

249. The discounted rates included per diem rates, case rates and percentage of charges rates for various types of services provided by Pomona Valley Hospital. The initial term of the Provider Agreement was for three years. Anticipating that the parties may not be able to negotiate new discounted per diem and case rates, at the conclusion of the initial term, Pomona Valley Hospital and Blue Cross agreed to discounted rates based upon a percentage of charges following termination of the Provider Agreement:

If this Agreement is terminated, HOSPITAL shall continue to provide and be compensated for Hospital Services provided to Members who are hospital inpatients on the date of termination under the terms of this Agreement until those members are discharged or can safely be transferred to another facility. For all other patients, HOSPITAL shall have the right to bill and collect for Hospital Services provided after the effective date of termination at [REDACTED] percent (XX%)[1] of HOSPITAL'S Covered Billed Charges or [REDACTED] (XX%) of HOSPITAL'S Covered Billed Charges for ***out of state Blue Cross/Blue Shield Members*** with fee-for-service or indemnity type coverage, in accordance with the Member's Benefit Agreement.

250. Pomona Valley Hospital agreed to this provision so that Blue Cross and the other Defendants who accessed the contract would not have to pay Pomona Valley Hospital's claims based upon its full-billed charges (as long as this provision was in effect).

251. Because the parties intended that this Discounted Post-Termination Rate remain in effect unless or until a new agreement was entered into, the parties purposefully did not include a termination date for the Discounted Post-Termination Rate, and no methodology was included to terminate this rate or provision.

252. BCC entered into the Provider Agreement on behalf of, and for the benefit for, the Blue Card Defendants and the Self-Insured Defendants. Indeed, under the terms of the Provider Agreement, Blue Cross could – and, on information and belief, did – "contract with Other Payors wishing to utilize the services of the Managed Care Network, ***incorporating the terms and conditions of this Agreement***." The Other Payors – defined by the Provider Agreement to include "without limitation, other Blue Cross and/or Blue Shield Plans, self-administered or self-funded programs providing health care benefits, or employers or insurers" – each sought and accepted the benefits of the Provider Agreement by accessing the

---

[1] These rates are redacted to preserve their confidentiality.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

Hospital as an in-network provider and paying discounted in-network rates. The Provider Agreement also specifically stated that Pomona Valley Hospital had the right to collect at XX% of charges for services rendered to members of the Blue Card Defendants.

253. By accepting the benefits of the Provider Agreement, all Defendants – including the Blue Card Defendants and Self-Insured Defendants, became bound by its terms. *See* Cal. Civ. Code § 1589 ("A voluntary acceptance of the benefit of a transaction is equivalent to a consent to all the obligations arising from it . . . ."); Cal. Civ. Code § 3251 ("He who takes the benefit must bear the burden."). Moreover, to the extent that the Blue Card Defendants or Self-Insured Defendants contend they were not obligated to pay the Discounted Post-Terminated Rates for claims through August 15, 2009, they were and are legally obligated to pay "usual, customary and reasonable" ("UCR") rates, which are <u>higher</u> than the Discounted Post-Termination Rates.

### Blue Cross' Failure To Offer Pomona Valley Hospital Fair And Reasonable Rates

254. Near the end of the term of the Provider Agreement, Pomona Valley Hospital attempted to negotiate new rates with BCC. As it has done with other hospitals in California, however, BCC would not offer Pomona Valley Hospital fair or reasonable rates or terms for a new contract.

255. Health and Safety Code section 1367(h) provides that "contracts with providers, and other persons furnishing services, equipment, or facilities to or in connection with the plan, shall be fair, reasonable, and consistent with the objectives of this chapter."

256. Insurance Code section 10133.5 provides that, "to ensure that insureds have the opportunity to access needed health care services in a timely manner," health plan contracts must not be "inconsistent with standards of good health care and clinically appropriate care," and that "[a]ll contracts, including contracts with

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

1   providers and other persons furnishing services, or facilities shall be fair and

2   reasonable."

3       257.   Rather than offering fair and reasonable rates to Pomona Valley

4   Hospital, BCC would only agree to extremely low rates which were "inconsistent

5   with standards of good health care and clinically appropriate care." Pomona Valley

6   Hospital could not afford to accept such low rates and provide good quality health

7   care to its patients.

8       258.   As a result, the Provider Agreement terminated effective August 15,

9   2008, and the Discounted Post-Termination Rate provision became effective.

10      259.   Following the termination of the Provider Agreement, the Defendants

11  initially paid some, but not all, claims at the Discounted Post-Termination Rates set

12  forth in Paragraph 12.3 of the Provider Agreement.

13      260.   On February 27, 2009, BCC wrote a letter to Pomona Valley Hospital

14  in which it stated that it would no longer honor its agreement to reimburse Pomona

15  Valley Hospital at the Discounted Post-Termination Rates set forth in paragraph

16  12.3 of the Provider Agreement, except for Continuity of Care services and neonatal

17  intensive care unit ("NICU") services provided pursuant to the DMHC's August 14,

18  2008 Conditional Order,[2] effective April 1, 2009.

19      261.   Pomona Valley Hospital responded to Blue Cross' letter, stating that

20  BCC's unilateral modification of the Provider Agreement was inappropriate and a

21  breach of the Provider Agreement.

22      262.   BCC had no right to unilaterally modify the parties' agreement for

23  payment of the Discounted Post-Termination Rates agreement, and breached the

24  Provider Agreement by refusing to continue to pay Pomona Valley Hospital the

25  _____

26  [2] The DMHC's August 14, 2008 Conditional Order, conditionally approved the
    termination of Pomona Valley Hospital Medical Center from Blue Cross' provider
27  network.

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

1  Discounted Post-Termination Rates set forth in paragraph 12.3 of the Provider

2  Agreement.

3        263.    Indeed, following trial on October 31, 2011 and November 1, 2011, the

4  Honorable Elizabeth White, Superior Court, County of Los Angeles, ruled that the

5  Discounted Post-Termination Rates applied for services rendered through August

6  15, 2009.

7        264.    The purpose of the Discounted Post-Termination Rate Provision was to

8  give Defendants a discount off Pomona Valley Hospital's full-billed charges.

9  Without the benefit of contract rates or the Discounted Post-Termination Rates

10  provided in the Provider Agreement, Blue Cross is required to pay Pomona Valley

11  Hospital's claims based on its full-billed charges for medical services provided to its

12  members.

13        265.    Rather than paying Pomona Valley Hospital's claims based on its full-

14  billed charges from April 1, 2009 through August 15, 2009, Blue Cross instead

15  underpaid Pomona Valley Hospital's claims by erroneously applying a flawed,

16  secret and legally inappropriate UCR analysis to many of the claims.

17        266.    Blue Cross' systems for paying out-of-network claims are flawed.  Blue

18  Cross improperly manipulates the data in its systems to calculate incorrect and

19  inappropriately low reimbursement amounts for non-contracted hospital claims, and

20  Blue Cross' systems and methods for calculating the rates for non-contracted

21  providers violates the provisions of the members' insurance policies, ERISA and

22  other states' and California law.

23        267.    After the termination of the Provider Agreement, the volume of

24  business that Pomona Valley Hospital received from Blue Cross and Defendants'

25  members and insureds substantially declined because Blue Cross no longer

26  identified Pomona Valley Hospital as "in-network," and discouraged their members

27  from coming to Pomona Valley Hospital for health services by Defendants.

28

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

268.   Pomona Valley Hospital, however, continued to provide medically necessary emergency and non-emergency health care to patients with valid insurance policies with one or more of the Defendants.  In the case of emergency medical services, Pomona Valley Hospital was legally obligated to provide such services in accordance with state and federal law.  On behalf of itself, or as the appointed agent of a Blue Card Defendant or a Self-Insured Defendant, BCC and BC Life authorized Pomona Valley Hospital to provide the non-emergency services rendered to Defendants' members.

**Blue Cross' Central Role in Underpaying Pomona Valley Hospital's Claims**

269.   Blue Cross is by far the largest private health insurer in California and is one of the largest health insurers in the country.  As such, each year BCC and BC Life issue thousands of health insurance policies and process millions of claims submitted by out-of-network providers for services provided to their members.  To facilitate access to care in California, BCC and BC Life contract with the Blue Card Defendants, who provide health benefits in their home states, in order to provide claim pricing and other administrative services for those entities' health plans.  BCC and BC Life also contract with the Self-Insured Defendants to provide claim pricing and other administrative services for those entities' health plans.  On information and belief, these contracts are structured such that Blue Cross is incentivized to keep benefit costs to the funding entity low.

270.   People who receive their health insurance through a private employment based benefit plan are typically participants or beneficiaries of plans governed by the federal Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq*.  Sometimes the ERISA plans are fully insured by health insurers such as BCC, BC Life and the Blue Card Defendants.  Sometimes the plan is self-funded like the Self-Insured Defendants, in which case the plan is financially responsible for the claims arising from that plan.

271. When an ERISA plan is fully insured by BCC, BC Life or one of the Blue Card Defendants, the insurer (BCC, BC Life or a Blue Card Defendant) is not only responsible for administering claims brought under the plan, but is also financially responsible to pay claims associated with the plan.

### Blue Card Network

272. On information and belief, the Blue Cross Blue Shield Association ("BCBSA") is the trade association for 39 independent, locally operated Blue Cross Blue Shield companies. The Blue Card Defendants are members of BCBSA.

273. Pomona Valley Hospital is informed and believes that "Blue Card" is a national program that enables members of one BCBSA member company to obtain healthcare services while traveling or living in another BCBSA member company's service area. The Blue Card program links healthcare providers with the BCBSA member companies across the country and in more than 200 countries and territories worldwide, through a single electronic network for claims processing and reimbursement. On information and belief, Blue Cross and each of the Blue Card Defendants participates in the Blue Card program.

274. In every instance, Pomona Valley Hospital obtained the consent of the Blue Card Defendants' members to whom it provided medical services to be paid directly for such services from the applicable Blue Card Defendant. As is standard practice in the industry, Pomona Valley Hospital obtained such consents in the form of assignments of benefits from the Blue Card Defendants' members.

275. On information and belief, the insurance cards that that Blue Card Defendants issued to enrollees instruct providers to communicate with and submit claims directly to their local Blue Cross Blue Shield plan, in this case BCC and BC Life. Pomona Valley Hospital has complied with these instructions by submitting claims directly to BCC and BC Life.

### Blue Cross Controls the Decision Whether to Honor or Deny Claims

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

276. Pomona Valley Hospital is informed and believes that Blue Cross is the ERISA fiduciary for the ERISA claims at issue in this Complaint, or is otherwise a proper ERISA defendant because it "effectively controlled the decision whether to honor or to deny a claim . . . ." *Cyr v. Reliance Life Ins. Co.*, 642 F.3d 1202, 1204 (9th Cir. 2011).

277. Pomona Valley Hospital is further informed and believes that with respect to the claims at issue herein, Blue Cross served as the hub for a common scheme to underpay claims to Pomona Valley Hospital. On information and belief, in most cases Blue Cross performed all key plan functions on behalf of the Self-Insured Defendants and the Blue Card Defendants, and is therefore a proper defendant with respect to those claims, as well as additional self-funded ERISA plans that have not been named as defendants in this Complaint.

278. With respect to the self-insured ERISA plans at issue herein, the self-insured plan enters into an "administrative service agreement" ("ASA") with Blue Cross or one of the Blue Card Defendants, to perform administrative and other key responsibilities, such as (a) certifying or authorizing Pomona Valley Hospital's provision of services to members; (b) receiving Pomona Valley Hospital's claims; (c) pricing the claims; (d) processing and administering the claims and appeals; (e) approving or denying the claims; (f) deciding not to transfer the members to in-network hospitals for post-stabilization services; (g) authorizing Pomona Valley Hospital to provide post-stabilization services to Defendants' members; (h) directing whether and how to pay the claims; (i) issuing remittance advices and explanations of benefits; (j) communicating with Pomona Valley Hospital regarding the claims and services; (k) communicating with members regarding the claims and services; (l) providing utilization management services; and (m) in many instances issuing payment. On information and belief, these ASAs are structured such that Blue Cross and the Blue Card Defendants have a financial incentive to keep benefit costs to the funding entity low.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

279. On information and belief, Blue Cross and the Blue Card Defendants function as an ERISA plan administrator with respect to those claims upon which they have exercised delegated authority to provide plan documents to participants and beneficiaries, receive benefit claims, evaluate and process those claims, review the terms of the plan, make initial benefit determinations, make and administer benefit payments, handle appeals of benefit determinations, and serve as the primary point of contact for members and providers to communicate regarding benefits and benefit determinations. In carrying out these ERISA plan administrator functions, Blue Cross and the Blue Card Defendants possess authority and fiduciary discretion to manage and administer the Self-Insured Defendants' ERISA plans.

280. Moreover, to the extent any of the ASAs provide that Blue Cross or a Blue Card Defendant are not an ERISA fiduciary, or have no authority or fiduciary discretion to manage and administer the Self-Insured Defendants' ERISA plans, then any decisions made by Blue Cross or the Blue Card Defendant with respect to pricing or interpretation of benefits under the applicable plan is entitled to no deference whatsoever. Indeed, Pomona Valley Hospital is informed and believes that certain ASAs specifically state that Blue Cross has no obligation or responsibility for the plan's compliance with ERISA. To the extent Blue Cross is not a plan fiduciary – and lacks discretionary authority – then the applicable Self-Insured Defendants have wholly abdicated their responsibility to exercise discretion under the plan and to ensure that Blue Cross' UCR methodology complies with controlling plan language.

281. However, regardless of whether the Self-Insured Defendants intended for Blue Cross and the Blue Card Defendants to act as plan administrators or to assume fiduciary functions – and regardless of the terms of any ASA – Blue Cross effectively controls the decision whether to honor or deny claims under the ERISA plans and is therefore a proper ERISA defendant. Indeed, on information and belief, in most instances the Self-Insured Defendants and the Blue Card Defendants have

little or no involvement in claims administration or pricing, and defer entirely to Blue Cross.

282. For instance, on information and belief, as set forth in detail below, Blue Cross:

      a.    drafts and provides plan member with plan documents;

      b.    operates a centralized verification and authorization telephone number which handles calls for members of the Self-Insured Defendants, the Blue Card Defendants, and additional self-funded ERISA plans that have not been named as defendants in this Complaint;

      c.    receives and processes electronic bills from Pomona Valley Hospital for claims for members of the Self-Insured Defendants, the Blue Card Defendants, and additional self-funded ERISA plans that are not named as defendants in this Complaint;

      d.    communicates with Pomona Valley Hospital on behalf of the other Defendants (and additional self-insured plans that are not named as defendants) regarding authorization of post-stabilization services, and as set forth in detail below, commonly authorizes such post-stabilization services;

      e.    issues remittance advices and EOBs;

      f.    prices claims for the other Defendants (and additional self-insured plans) by means of its flawed Anthem Blue Cross (ABC) database;

      g.    communicates with Pomona Valley Hospital with respect to pricing of claims for all Defendants (and additional self-insured plans);

      h.    processes appeals, and sends appeal response letters regarding use of the flawed Anthem Blue Cross (ABC) database; and

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

i.    in many instances, issues payment.

**The Flawed Anthem Blue Cross (ABC) Database**

283.   For many claims, Blue Cross has represented that, on behalf of the other Defendants, it uses an internal database of claims known as the "Anthem Blue Cross (ABC) database" to calculate a "customary and reasonable" reimbursement rate to the hospital.  For other claims, Blue Cross has represented that it "implemented the use of Usual and Customary rates, based on the procedure and the geographic location."  And in other instances, Blue Cross and the other Defendants have failed altogether to explain the basis for underpaying claims.

284.   The claims submitted by Pomona Valley Hospital to BCC and BC Life for pricing and payment were required to be paid at a rate that is referred to interchangeably in the industry and in the Defendants' own ERISA plan documents as the "Usual, Customary and Reasonable" rate, the "Reasonable and Customary" amount, the "Usual and Customary" amount, the "Reasonable Charge," the "Prevailing Rate," the "Usual Fee," the "Competitive Fee," or some other similar phase that, in the context of the health industry, means the same thing.  The industry shorthand for these terms is "UCR."

285.   As explained in detail below, Pomona Valley Hospital is informed and believes that Blue Cross' methodology and systems for determining UCR and paying out-of-network hospital claims are flawed, that Blue Cross improperly manipulates the data in its systems to calculate incorrect and inappropriately low amounts in paying hospital claims, and that Blue Cross' systems and methods for calculating the UCR rates for non-contracted providers violates the members' policies, ERISA, and other states' and California law.

286.   Pomona Valley Hospital is informed and believes that Defendants' ERISA plans, SPDs or EOCs contain standards and definitions for how UCR amounts are to be calculated.  All of these standards or definitions require non-contracted hospital claims to be calculated based upon a comparison of the amount

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

the hospital charges for its services compared to the amount that other hospitals in the same geographic region charge for the same services. For example:

a. The Big Lots Associate Benefit Plan SPD defines "Usual, Customary, and Reasonable Allowance" as "*the prevailing fee or fees* most frequently accepted by providers of the same services with similar training and experience for comparable services, or services of comparable gravity, severity and magnitude, in the locality where the services were performed. The UCR allowance is established using historical data within a specific geographical area, supplemented by data provided by independent firms. Updates are provided periodically."

b. The JPMorgan Chase Medical Plan SPD provides that "R&C means the *prevailing charge for most providers* in the same or a similar geographic area for the same or similar service or supply."

c. The Line Construction Benefit Fund Plan of Benefits defines "Reasonable and Customary" as following: "For a medical charge, an amount determined by comparing a *particular charge* with the *charges* made for similar services and supplies in the locality concerned to individuals of similar age, sex, circumstances and medical condition."

d. The National Elevator Industry Health Benefit Plan states that "[t]he UCR rate is the 'going rate' for a particular medical service in a particular geographic area." It further states: "The Usual, Customary and Reasonable rate is the *fee charged to most patients* for similar services that falls within the range charged by providers of service with comparable training and experience for the same or similar services within the locality. Also taken into account are your condition and any additional time or special skills needed to treat you. Usual, Customary and Reasonable rates are established by Ingenix, a national database of Usual, Customary and Reasonable rates."

e. The Northrop Grumman Health Plan SPD defines "Usual, Reasonable and Customary Charges for Out-of-Network Care" as "the 'going rate'

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1   for medical services in your geographic area, as determined by the claims

2   administrator. The PPO medical plan options provide coverage based on UCR

3   amounts. When your expenses exceed the UCR *charge*, your medical plan option

4   reimburses you for your expenses based on the UCR *charge*. You pay 100% of the

5   amount over the UCR charge when you access out-of-network care."

6       f.      The Operating Engineers Health and Welfare Fund SPD defines

7   "Usual, Customary and Reasonable Charge" as "a *charge* which falls within the

8   common range of fees billed by a majority of health care providers for a procedure

9   in a given geographic area, or which is justified based on the complexity or the

10   severity of treatment for a specific case. The Usual, Customary and Reasonable

11   Charge is a charge that does not exceed the 80th percentile of the Prevailing

12   Healthcare Charges System, as published by the Health Insurance Association of

13   America."

14       g.      The Southwest Carpenters Health and Welfare Plan SPD defines

15   "customary charge" for non-contracted providers as follows: "[T]he usual charge

16   made by a Physician, Hospital, Extended Care Facility, Dentist or other health care

17   professional or firm having rendered or furnished services, treatments or supplies for

18   bodily injuries and sicknesses which do not exceed the *general level of charges*

19   *made by others* rendering or furnishing such services, treatments or supplies within

20   the area in which the charge is incurred for bodily injuries or sicknesses comparable

21   in severity and nature to the bodily injuries or sicknesses treated or being treated;

22   with respect to services, treatments or supplies listed in usual and customary charge

23   data reported by Ingenix, the 'general level of charges,' referred to above shall be

24   determined based on the 70th percentile of such charge data reported by Ingenix . . .

25   ." It further provides: "The term 'area,' as it would apply to any particular item for

26   which an Allowable Charge may be incurred, means a county or such greater area as

27   is necessary to obtain a representative cross-section of entities furnishing such

28   items."

h.    The Sonoco Medical Plan Summary Plan Description defines "reasonable and customary charges" as follows: "A reasonable and customary charge is the usual charge made in a specific geographic area for similar treatment given by a person of comparable training and experience. When determining whether a charge is reasonable and customary, the Claims Administrator considers the severity of the condition being treated, any complications and unusual circumstances that may be involved, the complexity of the procedure or service, and the cost of supplies. You are responsible for paying charges above those considered reasonable and customary."

i.    The Tyco International Health and Welfare Benefits Plan states: "R&C refers to the *prevailing charge* in your geographic area for a like service or supply."

j.    The United Air Lines Employee Welfare Benefit Plan provides: "'Reasonable and Customary' means . . . that the amount does not exceed an amount determined by BCBS to be the amount that approximately 85% (with up to a 5% variance) of the providers or suppliers in a specific geographic area *charge for the specific service or supply*."

k.    UPS Health & Welfare Package Select provides: "An R&C charge is the lower of either the provider's usual charge or the *prevailing fee* for a medical service or supply in your geographic area . . . ."

l.    The Wal-Mart, Stores, Inc. Associates Health & Welfare Plan defines UCR as follows:

**Usual** – The fee *regularly charged* for a given service or supply by medical providers;

**Customary** – A fee that is within the accepted range of usual fees *charged by other providers* of similar training and experience for services within the same specific and limited geographical area; and

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

**Reasonable** – A fee that meets the two criteria above and is justifiable, considering the *special circumstances of a particular case* in question.

287. Pomona Valley Hospital is informed and believes that the SPDs or EOCs from each of the Defendants, including Blue Cross, the Blue Card Defendants, and the Self-Insured Defendants have similar definitions and standards for calculating UCR payments. Pomona Valley Hospital will seek all of the EOCs and SPDs in discovery.

288. Federal courts have recognized that that "[s]uch a standard is common among medical benefits plans governed by ERISA," *Fallick v. Nationwide Mut. Ins. Co.*, 162 F.3d 410, 411 (6th Cir. 1998), and that under that standard, rates must be determined "from a survey of average treatment charges in a given geographic region." *Geddes v. United Staffing Alliance Emp. Med. Plan*, 469 F.3d 919, 929-30 (10th Cir. 2006).

289. The definitions in the SPDs and EOCs for calculating UCR payments are also similar to the standards under California and other states' laws for calculating payments to non-contracted hospitals. Under California law, UCR is properly determined by taking into account each of the following six factors:

> For contracted providers without a written contract and non-contracted providers, . . . the payment of the reasonable and customary value for the health care services rendered based upon statistically credible information that is updated at least annually and takes into consideration: (i) the provider's training, qualifications, and length of time in practice; (ii) the nature of the services provided; (iii) **the fees usually <u>charged</u> by the provider**; (iv) **prevailing provider rates <u>charged</u> in the general geographic area in which the services were rendered**; (v) other aspects of the economics of the medical provider's practice that are relevant; and (vi) any unusual circumstances in the case.

28 Cal. Code Regs. § 1300.71(a)(3)(B) (emphasis added); *Gould v. Workers' Comp. Appeals Board* (1992) 4 Cal.App.4th 1059, 1071. These are the same criteria that California courts have established to determine *quantum meruit* amounts.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

290.    Therefore, the UCR amount is properly determined based on a review of the prevailing or competitive charges for similar healthcare services by similar types of providers within the same geographic area at the time.  However, for years BCC and BCC Life, on behalf of themselves and the other defendants including the Blue Card Defendants and the Self-Insured Defendants, have systematically failed to properly price the claims according to UCR, and have systematically concealed this failure, through misrepresentations and concealments about their pricing and payment methods.

291.    Pomona Valley Hospital is informed and believes that BCC and BC Life price claims for medically necessary services that Pomona Valley Hospital provides to patients who are members of BCC, BC Life, the Blue Card Defendants or the Self-Insured Defendants, which include both health plans that are funded by the members' employer, and health plans that are fully insured by the Blue Card Defendants.  Many of these health plans are governed by ERISA.  These ERISA plans have fiduciary duties as the designated plan administrators to ensure that out-of-network claims are properly priced and paid according to UCR.  However, the ERISA plans have participated with BCC and BC Life in the systematic under-pricing of claims.

## Blue Cross' One-Size-Fits-All UCR Methodology Is Unlawful

292.    On information and belief, Blue Cross' primary method for pricing out-of-network claims is to take the out-of-network hospital's cost to charge ratio, as reported to the California Office of Statewide Health and Planning Department ("OSHPD"), multiply that ratio by a preset percentage factor, then apply the resulting percentage to the hospital's total billed charges.  The resulting number is Blue Cross' UCR rate, which is reflected on Blue Cross' Explanation of Benefits ("EOBs") as the "allowed amount."  Each of the Defendants knows that this method does not comply with the provisions of their ERISA plans' SPDs or EOCs, standards established under California law and the law of other jurisdictions, or

generally accepted methods for calculating UCR in that it does not compare Pomona Valley Hospital's charges as an out-of-network provider to similar providers in its geographic region.

293.     It is arbitrary, capricious, improper and an abuse of discretion to use a percentage of the cost to charge ratio, rather than a comparison of hospital charges to those of other hospitals in the geographic area, for establishing UCR reimbursement for non-contracted claims.  Indeed, Pomona Valley Hospital is informed and believes that *none* of the applicable EOCs or SPDs provide for reimbursement of out-of-network claims at a multiple of the cost to charge ratio.

294.     Indeed, the very purpose of a plan's coverage for out-of-network services is to give members the freedom to choose out-of-network providers.  In the out-of-network context, the member's reasonable expectation is that the plan calculates UCR based on charges, not only because the plans specifically require that, but also because the member's exposure is to the provider's charges.  Blue Cross' decision to ignore charges in the relevant geographic region, and to rely on a percentage of the cost to charge ratio, defeats this reasonable expectation.

295.     Although the ERISA plans at issue here call for reimbursement of out-of-network claims based on UCR, on information and belief, Blue Cross used the same across-the-board methodology to price these claims.  In other words, Blue Cross exercised no discretion whatsoever in interpreting varying formulations of the UCR standard found in the plans because, on information and belief, it applied the same methodology no matter the precise language contained in the EOC or SPD.  Blue Cross confirmed this by sending appeal letters referencing the Anthem Blue Cross (ABC) database, no matter the language of the controlling plan.

296.     Pomona Valley Hospital is informed and believes that Blue Cross may also employ other methods for pricing claims which do not appropriately establish UCR.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

297. The common thread is that all of Pomona Valley Hospital's non-contracted claims at issue in this Complaint were priced in a manner that did not follow the correct or stated criteria for determining UCR. Blue Cross applied this flawed methodology across the board, for claims of members of the Self-Insured Defendants, the Blue Card Defendants, and additional self-insured plans which have not been named as defendants in this action.

298. Pomona Valley Hospital is informed and believes that, at all relevant times, Defendants knew of, relied on and agreed to Blue Cross' use of improper reimbursement methodologies to systematically underpay claims submitted by Pomona Valley Hospital instead of paying the appropriate rate. The Defendants exercised no discretion in reviewing or approving the payments made by Blue Cross on their behalf.

## Medically Necessary Services Provided To Defendants' Members And Beneficiaries

299. As set forth in the example claims below, Pomona Valley Hospital provided medically necessary emergency and non-emergency services to members of the health plans of the Blue Card Defendants and the Self-Insured Defendants.

300. As alleged more fully below, Pomona Valley Hospital was and is obligated to provide emergency services to each Defendant's members. Pomona Valley Hospital was and is also obligated to not abandon patients requiring "post-stabilization services" (*i.e.,* services after a patient's emergency medical condition is stabilized) if Defendants chose not to transfer their members to contracted hospitals.

301. For the claims at issue in this litigation, Defendants paid Pomona Valley Hospital improperly at rates that are well below the UCR rate, even though they were no longer entitled to pay Pomona Valley Hospital's claims at discounted rates.

302. For the patient claims at issue, Pomona Valley Hospital provided medical services to Defendants' members, including but not limited to emergency

services, inpatient services following admission from Pomona Valley Hospital's emergency room, outpatient services, and baby delivery services.

303. For all patients' claims at issue, Pomona Valley Hospital confirmed that the patient was an eligible member of one of the Defendants' plans by contacting Blue Cross,[3] either by phone, fax, or an online insurance verification service. Pomona Valley Hospital contacted Blue Cross concerning stabilized emergency room patients who required further post-stabilization care to verify benefits and request authorization to provide post-stabilization care. Pomona Valley Hospital is informed and believes that the number provided on the patient's Blue Cross insurance identification cards is Blue Cross' telephone number, and therefore the representatives who answer Pomona Valley Hospital's calls are Blue Cross employees. Pomona Valley Hospital is informed and believes that responding to requests for verification of benefits and requests for authorization is one of the administrative services that BCC and BC Life provide to the Blue Card Defendants and the Self-Insured Defendants.

304. With respect to every patient whose claim is at issue in this case (except for emergency room patients for whom no authorization need be sought), Pomona Valley Hospital called Blue Cross to request authorization for the services. In each and every case in which Pomona Valley Hospital made such call, Blue Cross, on behalf of the Blue Card and Self-Insured Defendants, either informed Pomona Valley Hospital that no formal authorization was necessary, or authorized

_____

[3] BCC shares the same verification and authorization telephone number (used by all California hospitals) with BC Life and the Blue Card Defendants. The Self-Insured Defendants' members also carry Blue Cross insurance cards which instruct Pomona Valley Hospital to call the same verification and authorization telephone numbers used by BCC, BC Life and the Blue Card Defendants.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

1 Pomona Valley Hospital to provide the services to the members of the Blue Card

2 Defendants or Self-Insured Defendants.

3     305. With respect to each patient, Pomona Valley Hospital obtained an

4 assignment of benefits, which provides as follows:

> The undersigned authorizes, whether he/she signs as agent or as patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services if rendered, at a rate not to exceed the hospital's actual charges. It is agreed that payment to the hospital pursuant to this authorization by an insurance company shall discharge said insurance company and all obligation under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this assignment.

12     306. With respect to every claim at issue in this litigation,[4] after providing

13 the medically necessary service, Pomona Valley Hospital timely submitted the

14 appropriate claim forms for payment to BCC or BC Life. The claim forms include

15 information such as the type of procedure, the coding for the procedure, the fact that

16 Pomona Valley Hospital received an assignment of health care benefits from the

17 member, and other information by which the claim can be identified, processed and

18 paid. The claim form also includes Pomona Valley Hospital's usual and customary

19 billed charges. As set forth above, those charges are submitted on industry standard

20 forms, commonly known as Uniform Billing ("UB") forms.

---

[4] Pomona Valley Hospital has set forth below numerous examples of all types of claims at issue in this litigation. In addition, Defendants have already received notice of all claims in the ordinary course of business. However, Pomona Valley Hospital will provide a complete list of claims to each defendant, if requested, and will continue to provide updated lists of relevant claims, in a confidential manner subject to protective order, as appropriate.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

307. As is standard in the industry, the "charges" indicated by Pomona Valley Hospital on the UB are the same regardless of whether the payor is a private or public entity, contracted or non-contracted, or an individual person.

### A.

### EMERGENCY SERVICES

308. Under the federal Emergency Medical Treatment and Active Labor Act ("EMTALA"), Social Security Act § 1867(a), and California Health and Safety Code § 1317, individuals who believe that they are suffering a medical emergency have the right to seek treatment at the nearest emergency room, and hospitals which have emergency rooms, including Pomona Valley Hospital, have a statutory duty to provide emergency services and care to all individuals regardless of the patients' ability to pay or their possession or type of insurance benefits.

309. Therefore, by law, when a member of any Defendant presents themselves to Pomona Valley Hospital's emergency room, Pomona Valley Hospital is legally obligated to treat that person without regard to the person's ability to pay and without first obtaining insurance verification or authorization to provide the treatment. Pomona Valley Hospital cannot refuse to provide emergency treatment to one of Defendants' members simply because Blue Cross is non-contracted with Pomona Valley Hospital and the individual does not have the personal resources to pay for such emergency care.

310. Pomona Valley Hospital is informed and believes that the health care benefit plans, SPDs, EOCs or policies of BCC, BC Life, the Blue Card Defendants and the Self-Insured Defendants require each of the Defendants to pay a reasonable and customary rate for emergency medical care.

311. After Pomona Valley Hospital obtained an assignment of benefits, it provided medically necessary emergency care required by members of BCC, BC Life, the Blue Card Defendants and the Self-Insured Defendants.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

312. Pomona Valley Hospital performed duties that are the responsibility of Defendants by providing medical care to their respective members that was immediately necessary to prevent serious bodily harm to or suffering by these members. Pomona Valley Hospital provided these immediately necessary medical services with the intent to charge its customary rates for its services.

313. Pomona Valley Hospital's billed charges are reasonable and customary. Even though it is a leading hospital in the United States, Pomona Valley Hospital's charges are comparable to other hospitals in its geographic area and other hospitals that provide the same quality of services. Pomona Valley Hospital has a stellar reputation and provides high quality care. Pomona Valley Hospital is recognized in the top 10% of hospitals nation-wide in delivering multiple important services including, *inter alia*, treatments for heart failure, women's health services, maternity care, treatment for pneumonia, appendectomy services and treatment for sepsis. Even though it is a leading hospital in the country, Pomona Valley Hospital's charges are competitive with other comparable hospitals in Southern California that provide the same sophistication and quality of services. Compared to other similar quality hospitals in the area, and compared to other hospitals that have comparable reputations and offer comparable high quality services, Pomona Valley Hospital's charges are reasonable and customary for non-contracted services.

314. Members of Defendants sought emergency treatment at Pomona Valley Hospital for various serious and emergent injuries, heart attacks or other emergent heart conditions, emergent or urgent pregnancy deliveries, complications suffered after previous medical procedures, and other procedures. Pomona Valley Hospital is informed and believes that, due to the unpredictable nature of emergency care claims, every day that Pomona Valley Hospital and Blue Cross remain "out of contract," members of every Defendant will continue to arrive at Pomona Valley Hospital's emergency department in need of emergency treatment.

315. After Pomona Valley Hospital provided emergency care to Defendants' members, Pomona Valley Hospital promptly submitted claim information to Blue Cross, for itself or as the appointed agent of the Blue Card Defendants or the Self-Insured Defendants to be processed for payment.

316. Blue Cross, the Blue Card Defendants and the Self-Insured Defendants have each failed to properly reimburse Pomona Valley Hospital for emergency health care provided to their respective members.

317. Pomona Valley Hospital is informed and believes that many of the patients' insurance contracts or benefit plans, require Defendants to pay for emergency health care providers based upon a percentage of the billed charges, and not based upon a reasonable and customary rate. Nevertheless, as alleged above, Pomona Valley Hospital's charges are reasonable and customary.

318. In many cases, Defendants paid Pomona Valley Hospital based on 100% of its billed charges. Such payments, while not at issue in this litigation, demonstrate recognition that Pomona Valley Hospital's billed charges are reasonable and customary.

319. In many other cases, Defendants have paid Pomona Valley Hospital's claims far less than is due under the terms of the respective patient's ERISA plan, SPD, or EOC. As stated above, Pomona Valley Hospital's charges are reasonable and customary. Pomona Valley Hospital is informed and believes that BCC, BC Life, the Blue Card Defendants and the Self-Insured Defendants have paid Pomona's claims at inappropriately low rates because they have used Blue Cross' illegal and flawed databases and systems for calculating reimbursement to non-contracted hospitals.

320. Furthermore, Pomona Valley Hospital is informed and believes that many of the plans at issue have varying reimbursement percentages depending upon whether the patient chose to receive their care at a non-contracted hospital. For example, Pomona Valley Hospital is informed and believes that some Defendants'

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

plans pay 60% of the claim if the member chooses to receive his or her elective care at a non-contracted hospital, but pay 80% of the claim if the member receives care from an in-network provider or must receive medical care at a non-contracted hospital through no fault of the member – such as emergency services.

321.    For many of the claims at issue herein, Defendants have inappropriately paid emergency claims under their respective plans as though the member voluntarily chose to receive the emergency care at a non-contracted hospital (Pomona Valley Hospital). In addition, in many instances, they have improperly applied out-of-network benefits when the member did not "choose" to go out of network, and systematically reduced benefits paid to Pomona Valley Hospital.

322.    The following are examples of emergency department claims, wherein Pomona Valley Hospital provided medically necessary emergency care to Defendants' members, and the Defendants refused to reimburse Pomona Valley Hospital at the appropriate rate under the law:

323.    **Group Life and Health Benefits Plan for Employees of Participating AMR Corporation Subsidiaries ("American Airlines Plan"):** For example, Patient 1 presented at Pomona Valley Hospital's emergency department on November 19, 2010 in active labor.[5] After undergoing necessary treatment, the patient was sent home.

324.    The total charges for Pomona Valley Hospital's services to the patient and her baby were $20,155.65. On November 29, 2010, Pomona Valley Hospital electronically billed Blue Cross. According to its Explanation of Benefits, Blue Cross allowed only $6,899.27 (or 35% of billed charges), paid $3,780.35, and

---

[5] The names of patients are redacted to protect their right to privacy under applicable law.

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

purported $3,118.92 to be patient responsibility. The EOB stated that the "Amount You May Owe Provider" was $16,375.30. Pomona Valley Hospital filed appeals on February 1, 2011 and April 21, 2011, but no additional payments have been received. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to American Airline Plan's member (and her baby) in the amount of $13,256.38.

325. **Defendant Group Insurance Plan for Certain Employees of Anheuser-Busch Companies, Inc. ("Anheuser-Busch Plan") (also paying patients):** For example, Patient 2 presented at Pomona Valley Hospital's emergency department on January 19, 2011 due to a seizure at work. The patient was treated on an outpatient basis and sent home.

326. The total charges for Pomona Valley Hospital's services to the patient were $4,024.85. On January 26, 2011, Pomona Valley Hospital electronically billed Blue Cross. Despite a proper assignment of benefits, signed by the patient on admission, $1,753.00 was paid directly to the patient. Pomona Valley Hospital subsequently attempted to collect the insurance payment from the patient but was unsuccessful. On June 15, 2011, "Paula" from Blue Cross informed Pomona Valley Hospital that only $1,903.00 was allowed on this claim. Pomona Valley Hospital filed appeals on June 16, 2011 and August 16, 2011, but no payments have been received. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to Anheuser-Busch Plan's member in the amount of $3,874.85.

327. **Defendant Applied Industrial Technologies, Inc. Comprehensive Health Care Plan ("Applied Industrial Plan"):** For example, Patient 3 presented at Pomona Valley Hospital on July 19, 2011 in active labor. After undergoing necessary treatment, the patient was sent home.

328. The total charges for Pomona Valley Hospital's services to the patient and her baby were $35,462.65. On July 28, 2011, Pomona Valley Hospital

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL.: (310) 551-8111 • FAX: (310) 551-8181

electronically billed Blue Cross. Blue Cross allowed only 37% of billed charges, paying $5,881.78, and purporting $7,083.36 to be patient responsibility. Pomona Valley Hospital filed appeals on August 11, 2011 and October 27, 2011, but no additional payments have been received. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to Applied Industrial Plan's member in an amount of $15,462.78.

329. **Arthur J. Gallagher & Co. Employees' Self Funded Medical/Dental Plan ("Arthur J. Gallagher Plan"):** For example, Patient 4 presented at Pomona Valley Hospital's emergency department on March 19, 2011 complaining of right flank pain. The patient was treated on an outpatient basis and sent home.

330. The total charges for Pomona Valley Hospital's services to the patient were $11,007.10. On March 25, 2011, Pomona Valley Hospital electronically billed Blue Cross. Despite a proper assignment of benefits signed by the patient on admission, Blue Cross only paid $1,764.52 (or approximately 16% of billed charges). Pomona Valley Hospital filed appeals on June 28, 2011 and August 26, 2011. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to Arthur J. Gallagher Plan's member in the amount of $9,242.58.

331. **Alabama Blue Cross (also paying patients):** For example, Patient 5 presented at Pomona Valley Hospital's emergency department on May 11, 2010 with pain and swelling in the right forearm. The patient was treated on an outpatient basis and sent home.

332. The total charges for Pomona Valley Hospital's services to the patient were $8,926.00. On May 18, 2010, Pomona Valley Hospital electronically billed Blue Cross. Despite a proper assignment of benefits, signed by the patient on admission, a check in the amount of $2,117.69 (or 24% of billed charges) was issued to the patient. Pomona Valley Hospital subsequently attempted to collect the insurance payment from the patient but was unsuccessful. Pomona Valley Hospital

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

filed appeals with Blue Cross on July 13, 2010 and September 8, 2010, but no additional payments have been received. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to Alabama Blue Cross' member in the amount of $8,926.00.

333. **Colorado Blue Cross**: For example, Patient 6 presented at Pomona Valley Hospital's emergency department on March 22, 2011 with contractions. The patient was treated on an outpatient basis and sent home.

334. The total charges for Pomona Valley Hospital's services to the patient were $1,606.45. On March 29, 2011, Pomona Valley Hospital electronically billed Blue Cross. Blue Cross allowed only $1,124.52, or 70%, on this claim, and paid $787.17. Pomona Valley Hospital filed appeals on May 13, 2011 and July 13, 2011. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to Colorado's member in the amount of $819.28.

335. **Connecticut Blue Cross**: For example, Patient 7 presented at Pomona Valley Hospital's emergency department on March 15, 2010 complaining of fever and abdominal pain. The patient was treated on an outpatient basis and sent home.

336. The total charges for Pomona Valley Hospital's services to the patient were $11,606.00. On March 23, 2010, Pomona Valley Hospital electronically billed Blue Cross. On September 3, 2010, "Ryan" from Blue Cross informed Pomona Valley Hospital that only $3,471.00, or approximately 30% of billed charges, was allowed on this claim. Blue Cross paid only $2,223.63. Pomona Valley Hospital filed appeals on December 28, 2010 and February 25, 2011. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to Connecticut Blue Cross' member in the amount of $8,135.00.

337. **Florida Blue Cross**: For example, Patient 8 presented at Pomona Valley Hospital's emergency department on October 8, 2010 complaining of chest pain and light headedness. The patient was treated on an outpatient basis and sent home.

338. The total charges for Pomona Valley Hospital's services to the patient were $4,502.70. On October 14, 2010, Pomona Valley Hospital electronically billed Blue Cross. Blue Cross paid $1,409.22 directly to the patient, allowing $1,709.22 (or 38% of billed charges). Blue Cross subsequently voided the check paid to the patient then forwarded the claim to Blue Shield. Blue Shield allowed and paid $2,400.00 on this claim. Pomona Valley Hospital filed appeals with Blue Cross on January 13, 2011, April 25, 2011, June 1, 2011, August 1, 2011 and October 3, 2011 requesting payment for the unpaid balance. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to Florida Blue Cross' member in the amount of $2,102.70.

339. **Georgia Blue Cross:** For example, Patient 9 presented at Pomona Valley Hospital's emergency department on August 31, 2010 complaining of nausea and vomiting. After undergoing necessary treatment, the patient was sent home.

340. The total charges for Pomona Valley Hospital's services to the patient were $3,622.40. On January 6, 2011, Pomona Valley Hospital electronically billed Blue Cross. On May 18, 2011, "Maggie" from Blue Cross informed Pomona Valley Hospital that only $1,375.06 was allowed on the claim. Blue Cross paid only $81.31. Pomona Valley Hospital filed appeals on May 18, 2011 and July 19, 2011, but no additional payments have been received. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to Georgia Blue Cross' member in the amount of $2,247.34.

341. **Blue Cross and Blue Shield of Massachusetts, Inc. ("Massachusetts Blue Cross")**: For example, Patient 10 presented at Pomona Valley Hospital's emergency department on January 8, 2010 complaining of abdominal pain. The patient was treated on an outpatient basis and sent home.

342. The total charges for Pomona Valley Hospital's services to the patient were $2,915.40. On January 19, 2010, Pomona Valley Hospital electronically billed Blue Cross. Blue Cross originally allowed $2,915.40 and paid $2,740.40 directly to

HOOPER, LUNDY & BOOKMAN, P.C.
1875 CENTURY PARK EAST, SUITE 1600
LOS ANGELES, CALIFORNIA 90067-2517
TEL: (310) 551-8111 • FAX: (310) 551-8181

the patient. Blue Cross subsequently voided the claim, retracted the payment from the patient then forwarded the claim to Blue Shield. On May 2, 2011, "Michelle" from Blue Cross informed the Hospital that Blue Shield processed the claim and allowed $1,982.48, or 68% of billed charges. Blue Shield paid $1,807.48. Pomona Valley Hospital filed appeals on May 2, 2011 and July 7, 2011. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to Massachusetts Blue Cross' member in the amount of $932.92.

343. **Michigan Blue Cross**: For example, Patient 11 presented at Pomona Valley Hospital's emergency department on September 3, 2010 complaining of strep throat. The patient was treated on an outpatient basis and sent home.

344. The total charges for Pomona Valley Hospital's services to the patient were $4,391.00. On September 10, 2010, Pomona Valley Hospital electronically billed Blue Cross. On November 17, 2010, "Elle" from Blue Cross informed Pomona Valley Hospital that only $1,666.82 (or 38% of billed charges) was allowed on this claim. Blue Cross paid $1,566.82. Pomona Valley Hospital filed appeals on November 17, 2010 and February 15, 2011. To date, Pomona Valley Hospital remains undercompensated for the care it was legally obligated to administer to Michigan Blue Cross' member in the amount of $2,724.18.

345. **Blue Cross Blue Shield Minnesota ("Minnesota Blue Cross")**: For example, Patient 12 presented at Pomona Valley Hospital's emergency department on September 13, 2009 with bleeding. The patient was treated on an outpatient basis and sent home.

346. The total charges for Pomona Valley Hospital's services to the patient were $557.00. On September 22, 2009, Pomona Valley Hospital electronically billed Blue Cross. On July 8, 2010, "Tina" from Blue Cross informed Pomona Valley Hospital that only $211.38, or 38% of billed charges, was allowed on this claim. Blue Cross paid $148.32. Pomona Valley Hospital filed appeals on July 8, 2010 and December 1, 2010. To date, Pomona Valley Hospital remains