**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| POMONA VALLEY HOSPITAL MEDICAL CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS; ET AL.<br><br>　　　　Defendants. | Case No: CV 12-07008-GW(GEM)<br><br>**ORDER RE DISMISSAL**<br><br><br>Judge: Honorable George H. Wu<br><br>Complaint Filed: August 14, 2012 |

///
///
///

Having considered the Stipulation for Dismissal submitted by all the parties to this action (the "Stipulating Parties"), good cause exists to dismiss the above-referenced action with prejudice with respect to the Stipulating Parties.

IT IS HEREBY ORDERED that all parties to the above-referenced action are dismissed with prejudice and the case is dismissed it its entirety.

**IT IS SO ORDERED.**

DATED:  OCTOBER 23 , 2013

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE